University of Rochester

## Official Bulletin
# Undergraduate Studies

2019–2021

Arts, Sciences, and Engineering
*School of Arts and Sciences*
*Edmund A. Hajim School of Engineering and Applied Sciences*

Eastman School of Music

School of Medicine and Dentistry

School of Nursing

William E. Simon Graduate School of Business Administration

Margaret Warner Graduate School of Education and Human Development

The information in this bulletin was prepared in the spring of 2019. Provisions of this publication are not to be regarded as a contract between the student and the University. The University reserves the right to make changes in its course offerings, degree requirements, regulations, policies and procedures, and fees and expenses as educational and financial considerations require.

The Undergraduate Studies Bulletin is compiled well in advance of the academic year it covers. Changes in programs, policies, and the academic calendar may occur. All requirements should be verified with departmental advisors or the Office of the University Registrar. Archived versions may be accessed by contacting the Office of the University Registrar.

**Office of the University Registrar**
P.O. Box 270038
University of Rochester
Rochester, New York 14627-0038
Phone: (585) 275-5131
Email: registrar@rochester.edu

# Contents

General Information ...................................................................................................................................1

Policies & Procedures .............................................................................................................................32

Academics ...............................................................................................................................................50

# General Information

The University of Rochester, founded in 1850, is one of the most innovative of the leading private research universities in the country—and for undergraduates, it's a university in perfect balance.

Rochester offers the choices and intellectual excitement of a large research university with the intimacy and opportunities for personal involvement of a small liberal arts college. More than 95 percent of classes are taught by faculty, not teaching assistants, and it's not uncommon for senior faculty to teach introductory courses. There's no separation between researching and teaching, between faculty's own professional excellence and the excellence they bring to the classroom.

Rochester students live on a lively, self-contained campus, just minutes from metropolitan Rochester—a dynamic city that offers a mix of commerce, culture, and history.

Rochester balances its innovative spirit and responsiveness to individual needs with a commitment to the lasting values of a classic liberal arts education.

The results of the Rochester experience are self-evident in the track record of its alumni—in their careers and in their personal lives. "To put it simply," says one student, "Rochester opens doors."

For many undergraduates, the Rochester experience means surrounding a chosen major with clusters of related courses that contribute to a broad liberal education, or with a minor or two in areas distinct from the major. Others choose double majors or earn certificates in complementary fields. Still others individually design their own interdepartmental programs.

And Rochester students can also benefit from the offerings of other schools and departments. For example, undergraduates can enroll in graduate courses, in classes at the medical school or the business school, or take lessons at the Eastman School of Music; future engineers can diversify their studies with an advanced course in Chaucer.

## Unique Opportunities

Rochester's opportunities are outlined in this publication. They include:

### The Rochester Curriculum
Students have the freedom to define their own academic paths, driven by interest and curiosity. At Rochester, we believe that excellence requires freedom.

### The Take Five Scholars Program
Cited as one of the more innovative liberal arts programs in the country, undergraduates may apply for a fifth year of courses tuition free to follow their intellectual passion.

### The Senior Scholars Program
Selected undergraduates devote at least half of their entire senior year to a creative project, whether in the form of scholarly research, a scientific experiment, or a literary or artistic endeavor.

### The Fifth Year in Teaching Program
A limited number of undergraduates pursue a fifth year of study tuition free in a master's program at the Margaret Warner Graduate School of Education and Human Development to prepare as urban school teachers.

### The Guaranteed Rochester Accelerated Degree in Education (GRADE)
A five-year BA/BS + MS education program assures students admitted to the University of Rochester who are interested in becoming educators admission to the Margaret Warner Graduate School of Education and Human Development.

### The e5 (formerly known as KEY) Program
Selected undergraduates devote a tuition-free fifth year to the study or practice of entrepreneurship: transforming an idea into an enterprise that generates value.

### The Rochester Early Medical Scholars (REMS) Program
Selected Rochester freshmen receive a conditional acceptance to the University of Rochester's School of Medicine and Dentistry when they finish the bachelor's degree. The program frees these students to develop

their intellects broadly before they launch into their medical studies.

### The Graduate Engineering at Rochester (GEAR) Program

A select number of freshman applicants are given an assurance of admission into one of seven engineering and computer science master's degree programs at the University of Rochester.

### The Bachelor of Arts Degree in Engineering

Recognizing the need for broadly educated decision makers who are well versed in engineering, this program gives a student substantial technological knowledge and competence in at least two areas of engineering while also providing the opportunity for a liberal arts education.

## Academic Life

There are approximately 5,900 full-time undergraduates including 500 or so at the Eastman School and 3,500 full-time graduate students at the University. The great majority of classes are small in size, enabling all students to work closely with their teachers. There is a single faculty for all students; some of the most distinguished senior professors teach beginning courses. Reflecting the personal scale of Rochester's programs, undergraduates are encouraged to work where possible with individual faculty members in the pursuit of original scholarship.

College students must make two major transitions in their first two years. In their first year, they make the important leap from high school to college. As sophomores, they choose their major. The College's Dean of Freshmen takes special responsibility for those two important years in students' careers at the University.

Professional advisors also offer support, starting with an orientation program on campus before the beginning of freshman year. They are also available to supply advice on course and major requirements; to help students find paying internships and employment opportunities; and to assist in the development of post-college plans.

Students can't expect to gain a "Rochester education" simply by studying and attending class. Out-of-class activities—whether they're intramural sports, political clubs, community service, or movies and concerts—are a major part of undergraduate life.

## The College

### Administrative Officer

Jeffrey Runner, PhD (University of Massachusetts) *Dean of the College in Arts, Sciences and Engineering*

### About the College

The College is the undergraduate division of Arts, Sciences and Engineering. The majority of University undergraduate students are enrolled in the College, which is the oldest of the University's academic units. It remains the "home" college for most undergraduates during their studies at Rochester. For more information visit the College's website.

### School of Arts and Sciences

The School of Arts and Sciences provides undergraduate and graduate degree programs in the humanities, natural and physical sciences, and social sciences. The juxtaposition of these fields enables undergraduate students in the College to draw upon a rich array of learning opportunities, and through the Rochester Curriculum, to engage deeply with areas of interest that may be outside of their intended majors. Each academic department within the School offers one or more degree programs, and there are also a number of programs and degree options to specifically enable multidisciplinary work. The latter are promoted and supported by the Multidisciplinary Studies Center. These include individualize majors and minors. Certificate programs such as literary translation studies, actuarial science, and mathematical modeling also have a multidisciplinary approach. For more information visit the School of Arts and Sciences website.

### Edmund A. Hajim School of Engineering and Applied Sciences

The Edmund A. Hajim School of Engineering and Applied Sciences offers programs to students with an interest in concentrating in one of the engineering and applied science disciplines. Many students declare a major within the School upon their entry into the College, but students may also move into a Hajim School program at any time after their first semester provided they have the appropriate science and mathematics background and have, or can schedule, the necessary prerequisites for their intended majors. The school's Bachelor of Science programs in biomedical, chemical, electrical and computer, and mechanical engineering are accredited by the Engineering

Accreditation Commission of ABET, the national accreditation agency for the engineering profession. For more information visit the Hajim School's website.

## Inventory of Registered Programs

The New York State Education Department has authorized the University of Rochester to offer the undergraduate-level programs which appear in the following inventory. A listing of graduate programs offered at the University may be found in the Official Bulletin: Graduate Studies. Programs offered at the Eastman School of Music may be found in the Official Bulletin: Eastman School of Music.

### School of Arts and Sciences

| Program Code | Hegis Code | Program Name | Degree |
|---|---|---|---|
| 27645 | 2211 | African and African-American Studies | BA |
| 25080 | 1199 | American Sign Language | BA |
| 34588 | 0313.00 | American Studies | BA |
| 10797 | 2202 | Anthropology | BA |
| 83250 | 1703 | Applied Mathematics | BS |
| 33666 | 2203.00 | Archaeology, Technology, and Historical Structures | BA |
| 10677 | 1003 | Art History | BA |
| 10676 | 1002 | Studio Arts | BA |
| 33040 | 0499 | Bioethics | BA |
| 10608 | 0401 | Biology | BA |
| 81462 | 0401 | Biological Sciences | BS |
| 21510 | 0401/ 0425 | Biological Sciences— Neuroscience | BS/MS |
| 20182 | 2002 | Brain and Cognitive Sciences | BA |
| 29039 | 2002 | Brain and Cognitive Sciences | BS |
| 34311 | 0501.00 | Business | BA |
| 36694 | 0501.00 | Business | BS |
| 10767 | 1905 | Chemistry | BA |
| 10766 | 1905 | Chemistry | BS |
| 78107 | 1503 | Comparative Literature | BA |
| 38210 | 1008.00 | Dance: Creative Expression and Performance | BA |
| 38210 | 1008.00 | Dance: Dance Studies | BA |
| 37403 | 0799.00 | Data Science | BS |
| 35191 | 0605.00 | Digital Media Studies | BA |
| 36201 | 0302 | East Asian Studies | BA |
| 91548 | 0420 | Environmental Science | BS |
| 91549 | 0420 | Environmental Studies | BA |
| 38619 | 1299.00 | Epidemiology | BA |
| 10776 | 1914 | Geological Sciences | BA |
| 10779 | 1914 | Geological Sciences | BS |

| 10669 | 0912 | Geomechanics | BS |
| 10798 | 2204 | Economics | BA |
| 32273 | 2204 | Economics and Business Strategies | BA |
| 10729 | 1501 | English | BA |
| 10729 | 1501 | English: British and American Literature | BA |
| 10729 | 1501 | English: Creative Writing | BA |
| 10729 | 1501 | English: Language, Media and Communication | BA |
| 10729 | 1501 | English: Theater | BA |
| 37157 | 0426 | Environmental Health | BS |
| 33041 | 1299 | Epidemiology | BA |
| 83154 | 1010 | Film and Media Studies | BA |
| 31197 | 2204 | Financial Economics | BA |
| 83147 | 4903 | Gender, Sexuality and Women's Studies | BA |
| 85228 | 2299 | Health and Society | BA |
| 33039 | 2299 | Health Behavior and Society | BA |
| 33042 | 1214 | Health Policy | BA |
| 10802 | 2205 | History | BA |
| 10812 | 4901 | Interdepartmental Degree Program | BA |
| 32178 | 2210 | International Relations | BA |
| 10739 | 1505 | Linguistics | BA |
| 10744 | 1701 | Mathematics | BA |
| 27779 | 1701 | Mathematics | BS |
| 77418 | 1799 | Mathematics and Statistics | BA |
| 78107 | 1503 | Comparative Literature | BA |
| 10702 | 102 | French | BA |
| 10706 | 1103 | German | BA |
| 87111 | 1108 | Japanese | BA |
| 10715 | 1106 | Russian | BA |
| 10714 | 1105 | Spanish | BA |
| 10691 | 1005 | Music | BA |
| 10740 | 1509 | Philosophy | BA |
| 10756 | 1902 | Physics | BA |
| 10758 | 1902 | Physics | BS |
| 10775 | 1901 | Physics and Astronomy | BA |
| 10774 | 1901 | Physics and Astronomy | BS |
| 10805 | 2207 | Political Science | BA |
| 09314 | 2001 | Psychology | BA |
| 10736 | 1504 | Classics | BA |
| 10743 | 1510 | Religion | BA |

| | | | |
|---|---|---|---|
| 19679 | 0307 | Russian Studies | BA |
| 10751 | 1702 | Statistics | BA |
| 85431 | 1702 | Statistics/ Medical Statistics | BA/MS |

### Edmund A. Hajim School of Engineering and Applied Sciences

| Program Code | Hegis Code | Program Name | Degree |
|---|---|---|---|
| 35926 | 0901.00 | Audio and Music Engineering | BS |
| 20883 | 0905 | Biomedical Engineering | BS, BS/MS |
| 10662 | 0906 | Chemical Engineering | BS, BS/MS |
| 19800 | 0701 | Computer Science | BA |
| 19799 | 0701 | Computer Science | BS |
| 10663 | 0909 | Electrical and Computer Engineering | BS |
| 80164 | 0909 | Electrical and Computer Engineering | BS/MS |
| 10655 | 0901 | Engineering & Applied Science | BS |
| 91240 | 0901 | Engineering Science | BA |
| 10669 | 0912 | Geomechanics | BS |
| 10668 | 0910 | Mechanical Engineering | BS |
| 20444 | 0910 | Mechanical Engineering | BS/MS |
| 34106 | 0999.00 | Optical Engineering | BS |
| 10673 | 0999 | Optics | BS, BS/MS |

### School of Nursing

| Program Code | Hegis Code | Program Name | Degree |
|---|---|---|---|
| 26701 | 1203.00 | Accelerated Bachelor's Programs for Non-Nurses | BS |
| 22440 | 1203.00 | RN TO BS Nursing | BS |
| 37502 | 1203.10 | Nursing Education | BS/MS |
| 26703 | 1203.00/ 1203.10 | Nursing/Accelerated Master's Program for Non-Nurses—Acute Care Nurse Practitioner | BS/MS |
| 26704 | 1203.00/ 1203.10 | Nursing/Accelerated Master's Program for Non-Nurses—Pediatric Nurse Practitioner | BS/MS |
| 26706 | 1203.00/ 1203.10 | Nursing/Accelerated Master's Program for Non-Nurses—Family Nurse Practitioner | BS/MS |
| 34891 | 1203.00/ 1203.10 | Nursing/Accelerated Master's Program for Non-Nurses—Pediatric Nurse Practitioner with Pediatric Behavioral Health | BS/MS |
| 91014 | 1203.10 | Nursing/Acute Care Nurse Practitioner | BS/MS |
| 84160 | 1203.10 | Nursing—Pediatric Nurse Practitioner | BS/MS |
| 22502 | 1203.10 | Nursing—Pediatric Nurse Practitioner/Neonatal Nurse Practitioner | BS/MS |
| 20271 | 1203.10 | Nursing/Family Nurse Practitioner | BS/MS |
| 32667 | 1203.10 | Nursing/Adult Nurse Practitioner/Geriatric Nurse Practitioner | BS/MS |
| 33760 | 1203.00/ 1203.10 | Nursing/Adult Nurse Practitioner/Geriatric Nurse Practitioner | BS/MS |
| 34890 | 1203.10 | Nursing/Family Psychiatric/ Mental Health Nurse Practitioner | BS/MS |

### Eastman School of Music

| Program Code | Hegis Code | Program Name | Degree |
|---|---|---|---|
| 10684 | 1004 | Applied Music | BM |
| 10679 | 1004.10 | Composition | BM |
| 19692 | 1004 | Jazz Studies and Contemporary Media: Performance | BM |
| 19692 | 1004 | Jazz Studies and Contemporary Media: Writing | BM |
| 23682 | 0832 | Music Education Birth–12 | BM, Cert B |
| 22428 | 1004 | Musical Arts | BM |
| 10683 | 1004.10 | Theory | BM |

## Student Services

### Academic Assistance Services

The Center for Excellence in Teaching and Learning offers the following services to help students in the College improve academic performance.

Students can improve their learning in specific courses through weekly peer-led study groups, weekly drop-in group tutoring, and one-on-one tutoring.

CETL also offers services to help students improve their overall academic performance. Study skills consultants can meet with student individually or offer themed workshops to student organizations.

With the Office of Minority Student Affairs, CETL also provides a study skills course in both the fall and spring semesters that is available to all students.

The Study Zone is a dedicated study space offering peer support for setting and debriefing goals for study sessions.

Students can learn more or make appointments by contacting the Center for Excellence in Teaching and Learning, by stopping by 1-154 Dewey Hall, calling (585) 275-9049, or emailing cetl@rochester.edu.

### Admissions and Financial Aid

The office also provides services for current students including:

- Awarding and administering financial aid
- Counseling students and families on the affordability of a Rochester education
- Facilitating the Federal Work-Study Program
- Increasing financial literacy

For comprehensive information about the services offered by the Office of Admissions and Financial Aid Office, visit the admission's website.

### Advising

The College Center for Advising Services (CCAS) is committed to assisting undergraduate students with their academic needs by helping them find accurate academic information, opportunities for their undergraduate years, and solutions to academic problems.

CCAS offers a variety of services to students including:

- Academic planning
- Major, minor, and cluster declaration
- Advanced placement and transfer credit
- Independent study
- Academic petitions, comment forms, praise forms and complaint forms
- Inactive status and withdraw
- Special approvals: overloads, underloads, S/F option and graduate-level courses

To see a complete list of services, and to learn more about CCAS, visit the CCAS website.

### Athletics and Recreation

The Department of Athletics and Recreation strives to provide vibrant, student-oriented programs that enhance the educational experience and recreational interests of the members of the University community. The department supports the educational mission of the College by providing high-quality instruction and facilities to attract the best students and provide them a meaningful athletic and recreational experience as a part of their overall development.

Twenty-three intercollegiate varsity programs offer a competitive Division III opportunity for 540 student-athletes. The intramural sports program features traditional competition and group fitness classes for over 3,000 participants. In collaboration with Wilson Commons Student Activities, we support a diverse 42 club sport program which accommodates approximately 1700 students.  More than 1500 students, faculty/staff, and community members use the Goergen Athletic Center on a daily basis.

For additional information, call (585) 275-7643.

## Transportation and Parking

Upper-year students (seniors, juniors, and sophomores) may bring vehicles to the University, but should be aware that parking spaces are limited. Note: Parking is not available for resident first-year students.

Monday through Friday from 7:30 a.m. to 7 p.m. on-campus parking for students, employees, and visitors is by permit. Vehicles displaying any paid University of Rochester parking permit may park in central campus lots not restricted by posted signs between 4 p.m. and 7:30 a.m. weekdays, and at any time on weekends and University holidays.

For one-day visits to the campus, parking information is available (and permits for the day may be purchased) at the Information Booth on Wilson Boulevard near Elmwood Avenue.

Parking on Wilson Boulevard is limited to short-term parking through a mobile service provider and is not intended for student use.

More information on parking guidelines and shuttle bus schedules can be found on the parking website.

## Bicycles, Mopeds, Motorcycles, and Scooters

Most resident students make use of the shuttle buses between University properties. Free shuttle buses providing service from the more distant lots to the campus, run various times weekdays when school is in session.

In all but the snowiest of seasons, bikes are a convenient and popular means of getting between University buildings and to nearby shopping areas. Bicycle registration is available to the University community free of charge and registration can be completed online. Parking permits are required for motorcycles.

## Intercampus and Public Bus Services

First Transit provides free scheduled shuttle bus service to members of the University community with a University I.D. between River Campus, Medical Center, South Campus, all University apartment buildings, and off-campus parking lots. Free service is also provided  between River Campus, the Eastman School of Music Living Center, and stops at selected points along the route.

Regional Transit Service (RTS) provides regular, full-fare, scheduled service between downtown Rochester and University facilities.

## Banking Services

Branches of JPMorgan Chase Bank are located on the River Campus in Todd Union and at the Medical Center. Each provides full service banking. Check cashing is provided for students who have JPMorgan Chase accounts. Such service also may be provided, up to a $100 maximum, at nominal charge for others with a University identification card. Additionally, ATMs are located throughout the campuses.

Branch of Advantage Federal Credit Union is located at the Medical Center. The branch provides full service banking.

ATMs are located throughout River Campus. The ATMs are as follows: JPMorgan Chase Bank in Todd Union and Rush Rhees Library Road,  and Advantage Federal Credit Union in Wilson Commons.

## Campus Mail Center

The Campus Mail Center, located in the lower level of Todd Union, serves the University community for all of their mailing and shipping needs. In addition to offering most of the services that a regular U.S. Post Office would, the Campus Mail Center (CMC) provides full domestic and international shipping services through USPS, UPS, FedEx, and DHL. Students may send outbound mail and packages by visiting one of the front customer service windows. Another postal service office is located in the University Medical Center.

In order to receive mail and packages on campus, students must have their own mailbox. The mailbox number will remain the same during the length of the student's undergrad status and will serve as the sole address for all inbound mail and packages, regardless of carrier. Please note that packages of any size cannot be sent to individual residence hall rooms. Incoming

freshmen will automatically be assigned a mailbox number at orientation. The Campus Mail Center is open Monday through Friday 9 a.m. – 5 p.m. and Saturday 10 a.m. – 2 p.m. , except on University holidays. There are no Saturday hours during the winter and spring breaks and the summer session.

Students are notified by email upon receiving a package or piece of special service mail. Perishable items such as flowers or food are always treated with priority. By taking advantage of the intramural mail system, students can send mail to any University location-postage free.

A variety of packaging supplies to include boxes, envelopes, and tape rolls are available for purchase at the CMC. Students can also take advantage of the Package Reuse Station where items such as bubble wrap, packing peanuts, cardboard pieces, and other useful items are collected and made easily accessible for those seeking an environmental friendly option in assembling their outgoing packages. Students can also send or receive faxes at the CMC for a nominal fee.

The mailbox fee for an undergraduate student is $64 ($32 per semester) for the period July 1 through June 30.

## Bursar

The Bursar Office is responsible for student billing and cashiering operations. Students have the option to pay their tuition online through UR ePAY (log into Blackboard and look for the link on the left-hand side), in person at 300 Meliora Hall or by mail. All checks should be made payable to University of Rochester; please include the student name and URID in memo line. For more information about visit the Bursar's Office website.

## The Gwen M. Greene Center for Career Education & Connections

The Gwen M. Greene Center for Career Education and Connections aims to enhance individual career readiness, connect organizations and talent, and transform our communities through education and collaboration.
At the Greene Career Center, students are assisted in achieving their individual career goals by providing them with the resources and tools needed to develop connections between their aspirations, academic pursuits and co-curricular experiences. These

experiences can include on-campus employment, research activities, and internships.

Through the Greene Career Center students have access to one-on-one career exploration and industry advising appointments, peer advising through collaboration hours, graduate and professional school preparation, on and off-campus recruitment activities, internship funding for summer internships, programs and events, and alumni connections.

## Career Exploration

The Greene Center is available to assist and support students throughout their career exploration. Students are encouraged to begin exploring academic majors and career options during their first year on campus in order to better evaluate their skills, interests, and values as they begin to develop their career goals. Students are offered a range of curricular offerings, programs, and events designed to support their career development and exploration.

## Career Communities

At the University, career communities are networks of partners (alumni, employers, Greene Career Center advisors, faculty, parents, student groups, and fellow students) from a group of related industries that seek to:

- Educate students about roles and industry norms/culture

- Share industry-specific knowledge, resources, and advice

- Connect students with industry professionals and opportunities

Students are encouraged to explore multiple career communities that align with their goals and career development.

## Building Connections

Through connecting with alumni, employers, faculty, and staff, students can learn more about their chosen industries and receive advice about the skills and experiences that are needed in order to achieve success. Students can explore industries through participating in alumni networking events, attending on and off-site programming, and visiting local, national and international employers facilitated by the Greene Career Center.

Annually, students are offered opportunities to explore internship options and career paths by meeting and networking with alumni and employers in Rochester as well as industry-specific cities. Students can explore what it's like to work in Boston's biotech and healthcare industries, consulting firms in Washington D.C., on Wall Street within the finance industry, or in Silicon Valley's tech industry.

## Choosing Courses

The courses students choose are important to their exploration of career options and offer the chance to build knowledge and skills for any career community. As students schedule their courses they can consider the following offerings through the Greene Center:

ROC Your Life is a dynamic, seven-week course that applies a design-thinking framework and mindset to career exploration and development. Through self-reflection, readings, discussion and in-class activities, students will be able to architect their experiences at Rochester and beyond, and be better equipped to navigate academic, career and life decisions. This course is open to first-year and sophomore students in the Fall and Spring semesters.

There are no specific admission requirements for this type of internship, and any student can try to arrange one. These internships are **available in the fall and spring semesters only** and usually carry four credits. Internships can be taken along with three other four-credit courses as part of a normal semester's schedule. The Greene Career Center encourages you to identify an internship faculty sponsor in your academic department prior to applying to CAS 394, as the connections you make to your studies will be richer through that sponsorship.

All undergraduate students are eligible to register for CAS 394i, which is available all academic terms with no associated tuition fees. It can be utilized for both paid and unpaid internship opportunities. Students may elect to register for CAS 394i for one or more of the following reasons:

- Curricular Practical Training (CPT) allowance needed for a student on an F-1 or J-1 visa

- Internship employer requiring registration for academic credit

- Transcript notation

- Maximize learning

Additional course offering affiliated with the Greene Center and the Writing, Speaking, and Argument Program:

This interactive course teaches "real life" communication skills and strategies that help students present their best professional selves and develop a fulfilling career. Students will explore and articulate their internship, career, and graduate school goals for distinct audiences and purposes as they develop a professional communication portfolio of materials such as resumes, cover letters, statements of purpose, electronic communications, elevator pitches, project descriptions and abstracts, and online profiles (i.e., LinkedIn).

For more information on courses, visit the Greene Career Center's course page.

## Career Competencies

Developing career competencies is an integral part of the Rochester experience. By developing career competencies, students are better equipped to grow in an ever-changing environment increasingly shaped by technology, globalization, and movements emphasizing equality and inclusivity. As you begin to select your courses, consider how those courses will contribute to your skills and development in the areas listed below. To learn more about the seven college competencies, visit the Greene Career Center website.

- Intercultural and global fluency

- Career design and management

- Leadership

- Critical thinking and problem solving

- Teamwork

- Adaptability and resiliency

- Oral and written communication

## Office of the Dean of Students

The Office of the Dean of Students provides programs and services that enhance student learning, promote community development, and support the educational goals of the undergraduate and graduate populations in the College. Through collaborative initiatives, the Office of the Dean of Students is dedicated to promoting a strong quality of life for students in both the academic and nonacademic realms. Areas of responsibility are described below.

## Emergency Loan Program

The Office of the Dean of Students administers an emergency loan program, which provides assistance to students for unexpected expenses. Undergraduate students can borrow up to $150, and graduate students can borrow up to $300.

For more information visit the Dean of Students website.

## Center for Student Conflict Management

The Center for Student Conflict Management (CSCM) helps students become positive community members during their college careers and beyond through four potential avenues: the CARE Network, the Conduct System, Alcohol and Other Drugs Education, and Conflict Resolution.

We encourage students to review the Standards of Student Conduct (pdf).

Students who may have acted in a manner that is inconsistent with the Standards of Student Conduct of the University of Rochester, can meet with a staff member from the CSCM to discuss the incident and develop a plan for how to move forward. Depending upon the circumstances of the incident, the issue may be resolved in an initial meeting, a hearing, or participation in an alternative dispute resolution process.

The CARE Network enables members of the University community to express their concerns about a person, incident, or issue by submitting an Individual CARE referral, Bias-Related or a Community-Related Concern. To learn more about the CARE Network or to submit a concern, please visit the CARE Network website.

CSCM offers trainings and programs designed to increase students' ability to effectively work through conflicts before they arise. Programs for individuals encourage students to reflect upon their conflict resolution style and consider the benefits of other approaches. CSCM also supports students whom are actively involved in a conflict. Students seeking assistance with a conflict can contact the office and meet with a staff member who can help determine the best path for addressing their problem. If appropriate, students may be connected with staff members trained in mediation, restorative circles, and conflict coaching.

The Alcohol and Other Drug Education Program is a multidimensional resource for students who have questions about reducing negative consequences associated with heavy, episodic drinking and other substance abuse. The program offers support, education, and services to students at Rochester.

In addition, the program plans, implements, and evaluates prevention programming on campus that aims to decrease the negative impact that alcohol/other drug use can have on the University community. To learn more about the program, visit our Alcohol and Other Drug Education site.

## Fraternity and Sorority Affairs (FSA)

The University of Rochester understands the role fraternities and sororities play in campus life with approximately 21 percent of the student body being members of the fraternity and sorority community. Fraternity and Sorority Affairs (FSA) promotes excellence on campus and in the Greater Rochester area through support, advocacy, and advisement of fraternity and sorority members. The fraternities and sororities empower community by creating collaborative networks that are aligned with the mission and values of the College and the Office of the Dean of Students.

As educators, FSA strengthens the relationship between the College and its recognized fraternities and sororities via a success-driven system rooted in the College. This strong program represents efforts to create a framework that encourages the cultural values, expectations, and practices of fraternities and sororities consistent with the values and academic mission of the College.

## Paul J. Burgett Intercultural Center

The Paul J. Burgett Intercultural Center (BIC) is a joint venture of the Office of the Dean of Students and the David T. Kearns Center. It exists to promote cultural awareness and engagement, educate on issues of identity, culture, and diversity, and provide avenues for intersection and opportunities for collaboration.

We work closely with students, staff, faculty, and offices across campus to foster a collaborative environment throughout the year. Our staff develop resources that complement and supplement curricular offerings, explore the intersections of identity, build intercultural competence, and promote and encourage cultural understanding and appreciation among the campus community.  In addition, we provide opportunities for education and dialogue on topics such as race, religion, LGBTQ issues, privilege, intercultural communication, and bias-related incidents.

Students can use the intercultural lounge and LGBTQ resource area, which is an ideal location for studying, checking out books and videos, engaging in discussions, and gathering as a community.

Signature offerings include:

- One Community program, dialogues, and grant opportunities
- LGBTQ resources
- Workshops and trainings
- Intersectional discussion groups

For more information about how to get involved with the Paul J. Burgett Intercultural Center, please email bic@rochester.edu, call (585) 275-5678, or visit us online.

## M.K. Gandhi Institute for Nonviolence

The M.K. Gandhi Institute for Nonviolence is a nonprofit organization works to realize the vision of the historic peacemaker by helping individuals and communities develop the inner resources and practical skills needed to achieve a nonviolent, sustainable, and just world. Located at the University of Rochester since 2007, the organization works in the areas of nonviolence education and with hands-on community projects focused on restorative justice, racial equity, and sustainable living.

Initiatives of the Gandhi Institute include:

- Support and participation for the restorative justice initiative at the University of Rochester
- Trainings on campus and at the Gandhi House on conflict resolution, nonviolent communication, and social justice leadership skills
- Offering volunteer opportunity for individual students and groups, including support for an urban agriculture project sharing free organic vegetables and fruit with nearby neighbors and families at School 19
- Participating in ongoing diversity equity and inclusion efforts on campus, including conversations on race, implicit bias and culture humility workshops, membership in the Diversity and Inclusion working group, and more

- Offering the Gandhi House as a beautiful, near-campus, free meeting place for campus and community groups
- Organizing events with nationally known speakers related to matters of social and racial justice, nonviolence, and environmental sustainability

## Parent and Family Relations

Parent and Family Relations, a unit in the Office of the Dean of Students, helps parents/families understand and support the student experience, learning, and growth. This office provides support and assists in orienting parents/families of students within the College. In addition, we serve as a resource for parents/families throughout their student's undergraduate career. The goal is to ensure that members of the University of Rochester parent/family community feel informed, valued, and respected.

Parent and Family Relations works collaboratively with University Communications and the Parents Program to produce *Parents Buzz*, an e-newsletter for parents.

## Rochester Center for Community Leadership (RCCL)

The Rochester Center for Community Leadership (RCCL) fosters collaborative leadership among students, faculty, staff, and community partners to discover transformative solutions and create equitable social change in the Rochester community and beyond. We believe communities are strongest when their members are active and engaged in community service, civic leadership, and democratic processes. The University's Meliora values are prevalent in all that we do.

RCCL coordinates the following programs and initiatives in the areas of community-engaged learning, civic engagement, and leadership:

- Citation in Community-Engaged Scholarship
- Rochester Urban Fellowship
- Rochester Youth Year Fellowship
- Wilson Day
- Transition Opportunities at UR (TOUR)
- Learning and Exploring at Play (LEAP)

- Advisement of student organizations focused on <u>political engagement</u> and <u>community service</u>

- <u>Voter registration and mobilization</u>

- <u>Alternative Spring Break</u>

- Leadership development: <u>Rising Leader Class</u>, <u>Medallion Program</u>, <u>Slingshot to Success</u>

**Wilson Commons Student Activities**

<u>Wilson Commons Student Activities</u>, located in the heart of the Campus Center, strives to enhance the college experience by supporting over 280 student organizations, and creating a diverse campus community through campus wide programming.

The office focuses on helping student leaders achieve their goals by encouraging them to explore and develop their interests and passions through experiential learning outside the classroom. The staff in Wilson Commons Student Activities provide resources to student organizations and the University of Rochester community related to the operation, formation and leadership development opportunities for student organizations and student leaders.

The office is integral in the coordination of popular traditional events, such as Yellowjacket Weekend, Boar's Head Dinner, Winterfest, Springfest, and Senior Week.

The office manages several student life spaces on campus including the Campus Center (Wilson Commons and Frederick Douglass Commons), Spurrier Hall, Genesee Hall, and O'Brien Hall.

The <u>Students' Association Government</u>, exists as a governing body designed to represent undergraduate students, to voice their concerns, and to make decisions that directly impact campus life on River Campus. The SA Government is governed by a student-elected senate, president, and vice president.

Undergraduate students are encouraged to explore any and all of the diverse student organizations on campus. At the beginning of each semester, students are invited to attend an Activities Fair that showcases recognized organizations. Students can become involved in a number of ways, including:

- Joining an organization to help coordinate campus wide events

- Running for leadership positions to shape the future of an organization

- Attending events sponsored by student organizations

Student organizations on campus fall into the following categories: academic honor societies, academic undergraduate councils, awareness, class councils, clubs, club sports, community service, cultural, entertainment programming, fraternity/sorority, hall councils, intercollegiate competition, performing and fine arts, political, pre-professional, publications / media, religious, and special interest housing.

Information regarding recognized student organizations, their officers, and their activities can be found on the <u>Campus Community Connection website</u>.

**Dining Services**

The University of Rochester offers a first-class dining program with locations varying in style, menu, atmosphere, and hours of operation to meet the needs of a diverse student and faculty population. Every meal of every day Dining Services focuses on the following culinary commitments; serving freshly made, additive free and nutritionally balanced meals made from responsibly sourced and locally procured ingredients. All active, full-time students must be enrolled in a meal plan.

Dining Services makes every effort to accommodate the special dietary requirements of every student with a diverse selection of dining options including vegan, vegetarian, kosher and halal. Students with special dietary needs or food allergies should contact our campus nutritionist at <u>rcnutrition@services.rochester.edu</u> or (585) 275-1129 and schedule a meeting with the dining staff to assist them in navigating our locations and offerings.

For more information, including daily menus, hours of operation, contact information, important dates and forms, visit the <u>dining website</u>.

**Disability Resources**

The Director of Disability Compliance works closely with access coordinators in each school to review medical documentation of a student's disability and make recommendations for reasonable accommodations. Anyone seeking further information about what resources are available should contact the

Office of Disability Resources at (585) 276-5075 or disability@rochester.edu.

## Health Services

Primary health care is provided for all full-time University students on a prepaid basis through the Student Health Program. Medical care and health education services are provided by the University Health Service (UHS), and mental health services are provided by the University Counseling Center (UCC). Access to medical and mental health care is provided 24 hours a day, seven days a week, throughout the calendar year.

All full-time students pay a mandatory health fee that entitles them to use the University Health Service (UHS) and the University Counseling Center (UCC) throughout the academic year and the following summer (August 1 - July 31), as long as they are enrolled on a full-time basis. The mandatory health fee covers visits to UHS primary care physicians, nurse practitioners, and nurses in the University Health Service (UHS), a comprehensive initial assessment and an individualized treatment plan with UCC mental health professionals, and health education services provided by the UHS Health Promotion Office.

In addition to the mandatory health fee, all full-time students must have health insurance. A University-sponsored health insurance plan is available through the University Health Service. This plan provides coverage for diagnostic laboratory tests and X-rays, surgical procedures, hospitalization, prescription medications, and other specific services not covered by the mandatory health fee.

Students already covered by health insurance comparable to the University-sponsored plan can waive the fee for health insurance.

All non-immigrant international students and their families who are in the United States with them must comply with INS requirements and University policies governing health insurance.

Students who are enrolled in the UR-sponsored insurance plan, can choose to enroll their spouse and/or dependent child(ren) on the plan.

Each year, all full-time students must inform UHS about their health insurance coverage by completing the Online Health Insurance Process. Students who do not complete this process will automatically be enrolled

in the health insurance offered through the University Health Service.

Students are financially responsible for fees not covered by their health insurance. Should a student choose to see a private physician or seek care outside UHS without the appropriate referrals, the student assumes responsibility (including financial responsibility) for the health care received.

## University Health Service

The University Health Service (UHS) provides confidential, high-quality primary health care services for full-time University of Rochester students. The UHS clinical staff includes physicians who are specialists in internal medicine and family medicine, nurse practitioners, and registered nurses. To provide students with a more personal and effective interaction, all students are assigned a physician or nurse practitioner as their primary care provider (PCP) at UHS. Students are encouraged to schedule appointments with their PCP. Your primary care provider, working in collaboration with members of his/her team, will coordinate your care and treatment.

UHS offers a full range of primary care services, including the treatment of illnesses and injuries, women's health care, the management of ongoing medical problems, and care and advice for any health concerns. Health education programs and services are provided by the UHS Health Promotion Office of the University Health Service.

The relationship between UHS health care providers and their patients is confidential. UHS will not share information about the fact or nature of a student's visit to UHS without the student's permission. Notification of others, including parents, is considered the student's responsibility unless the condition is life-threatening and the student is unable to assume responsibility for informing others. Parental notification and consent will be obtained for students under age 18, as required by law.

For the convenience of students, UHS has offices on the River Campus, in the Medical Center, and at the Eastman School of Music. The River Campus Office is located in the UHS Building, which is next to Susan B. Anthony Residence Halls.

This office is open seven days a week during the academic year and on weekdays during school breaks and summers. The office in the Medical Center is open

weekdays throughout the year. The Eastman School of Music Office, located in the Eastman Student Living Center, is open weekdays during the academic year while classes are in session.

The hours for the three UHS offices are listed on the UHS website.

Visits to UHS are by appointment. Students should call (585) 275-2662 to schedule an appointment. Whenever possible, your appointment will be scheduled with your primary care provider or a member of your primary care provider's team.

UHS provides access to medical care 24 hours a day throughout the year. Whenever UHS offices are closed, a UHS physician is on call and available by phone for urgent concerns that cannot wait until UHS reopens.

Unless it is a life-threatening emergency or a serious accident, students should call UHS at (585) 275-2662 before going elsewhere (e.g., the emergency department of a local hospital) for care.

The University Counseling Center (UCC) has a mental health professional on call 24 hours a day throughout the year. Call (585) 275-3113 to reach the mental health professional on call.

In an emergency, students should call Public Safety at (585) 275-3333 for immediate assistance.

All entering matriculated full-time and part-time students must submit the Health History Form, which includes the student's record of immunizations, prior to the start of classes. New York State law requires all students to provide proof of immunity to measles, mumps, and rubella. Students who fail to comply with the requirements may be withdrawn from the University.

Students with questions can contact UHS at hhf@uhs.rochester.edu or (585) 275-0697.

All full-time students participate in the Student Health Plan, which includes the mandatory health fee and health insurance. The mandatory health fee assures the availability of accessible, high quality health care services on campus for all full-time students. The mandatory health fee covers care and services provided by the University Health Service (UHS) and the University Counseling Center (UCC).

In addition to the mandatory health fee, all full-time students must have health insurance coverage. Students can enroll in the University-sponsored health insurance,

or they can choose to waive the health insurance if their own plan meets University criteria.

The UHS Health Promotion Office promotes the wellness of the University community by providing educational programs and activities that encourage the development of a healthy lifestyle and the effective use of health care services.

The office provides opportunities for students to become involved in promoting health on campus. Opportunities include:

- Enrolling in the Peer Health Advocacy course (PH 216)

- Joining the Peer Health Advocate team

- Becoming a member of the Student Health Advisory Committee (URSHAC)

- Collaborating with the UHS Health Promotion Office on a specific project

- Co-sponsoring programs and events with the UHS Health Promotion Office

Students interested in getting involved are asked to call (585) 273-5775.

### University Counseling Center

The University Counseling Center (UCC) provides evaluation, counseling, and referral services. All interested University of Rochester students who pay the mandatory student health fee will receive a comprehensive initial assessment, individualized treatment plan, and support to put such a plan into action. UCC staff will develop a treatment program with each client to address their unique needs and concerns. UCC staff members strive to provide services with sensitivity to individual and cultural differences.

The individualized treatment plan may include referral to group therapy, workshops, therapist assisted on-line therapy or brief therapy at the UCC as well as information, case management support and referral to campus or community agencies for specialty or long-term services. UCC therapists have experience in assisting students with a variety of concerns such as anxiety, apprehension about major life decisions, depression, relationship difficulties, family problems, eating concerns, sexual functioning, sexual identity, roommate hassles, and general discomfort about what is happening in the students' life. UCC also offers

a variety of therapy groups on topics such as adult children of alcoholics, survivors of sexual abuse, eating disorders, bereavement, and relationship issues.

*Confidentiality.* All contacts with a UCC therapist are confidential. The fact that students are using UCC is not disclosed to any University official or faculty member, or to family, friends, or roommates without permission of the students. Because of the sensitive nature of visits, extreme care is taken to protect the confidentiality of patients' records.

*Locations and Hours.* UCC is located on the third floor in the University Health Service Building on the River Campus. UCC also has offices in the Eastman Student Living Center at the Eastman School of Music and in the University of Rochester Medical Center. The office on the River Campus is open weekdays all year. The Eastman School office and the URMC office are open part time during the academic year, while classes are in session. The hours are listed on the UCC website. Appointments for any UCC office can be scheduled by calling (585) 275-3113.

*After-Hours Care.* A mental health professional is on call and available 24 hours a day throughout the year to deal with urgent situations and can be reached at (585) 275-3113 any time of the day or night.

*UCC Website.* Located at www.rochester.edu/ucc, the UCC website provides information about the services provided and links the readers to other on-line health care sites.

### Student Identification Cards

The University provides identification cards for all students. They are required for checking out books from the library, cashing checks on campus, and may be required for admission to various campus events, certain facilities, and activities. The card displays the student's name, an identifying color bar for campus affiliation, and photo. Students at the Medical Center are required to wear identification badges while in the Medical Center. The ID card satisfies hospital code and accreditation requirements for hospital identification. ID cards include a magnetic stripe and a bar code, which serve as keys for authorized admission to residence halls, laboratories, Goergen Athletic Facility and other areas secured by access card readers. The ID card is required by students to make purchases from their Dining Plan contracts, vending machines, and campus convenience stores. In addition, the student ID card is the principal means for identification on campus and it is useful for positive identification elsewhere.

Entering first-year students are photographed during Freshman Orientation and keep their cards through their senior year. Transfer students are photographed early in the fall and spring terms. No charge is made for the initial identification card, but there is a fee for replacement of a lost card. Worn or damaged ID cards may be turned in for a free replacement. Upon turning 21, a student may go to an ID Card Office and exchange an "Under 21" ID card, to include an updated photo and a change in the age designation field to "21 or Over." There is no charge for this service provided they return the "Under 21" card.

### Security Services - Department of Public Safety

In October of each year, University Department of Public Safety and Environmental Health and Safety, provide to all students and staff the latest security and fire safety annual reports, incorporated in one document called "Think Safe." It contains campus security, fire safety, emergency notifications, and personal safety information.

Topics include crime prevention, Public Safety Services authority, fire and crime reporting policies, disciplinary procedures, and other matters of importance related to security and fire safety on campus. "Think Safe" contains crime statistics for the three previous calendar years concerning reported crimes that occurred on campus, and in certain off-campus buildings or property owned or controlled by the University, and on public property within, or immediately adjacent to, and accessible from the campus. Fire statistics are included for on-campus student housing areas. Statistics are reported to the U.S. Department of Education (USED) and are available on the USED website at and on the University's public safety website. You can obtain a hard copy of "Think Safe" by contacting University Security Services at (585) 275-3340 or Environmental Health and Safety at (585) 275-3241. University Security services are available 24 hours/day, seven days/week by calling x5-3333 from any campus phone or by dialing x13 for emergencies. In addition, AT&T and Verizon customers may make a free call to our emergency Communications Center by pressing #413 from their cell phone while in the Rochester area. We are in immediate contact with local police, fire departments, and emergency medical resources.

## Information Technology

The staff of University Information Technology provide IT services and support to enhance students' education. Students at the University of Rochester have access to:

- High-speed wireless and wired networks accessible in most buildings and public locations around campus

- Computer labs with printers and dozens of software applications to help complete assignments

- A mobile app that provides access to many University services, including GPS-activated campus maps and bus locators, course schedules, event calendars, and more

- A large IT Center with an IT Help Desk to assist with IT questions and issues

- A University account that provides access to the University web portal learn.rochester.edu and many other online services

- Research computing services, including computer visualization capabilities and workshops on programming languages, specialty software, and supercomputing platforms

- Discounted cellular phone service

- On-campus technology stores that offer educational discounts on computers, software, accessories, video gaming products, popular consumer electronics, and other technologies

- Information about a range security measures and "Security Tips of the Week"

- Students can request in-room telephone and voicemail service if they live in a residence hall. In-room phone service includes telephone and voicemail, 5-digit on-campus calling, free local calls, 800-number calls, and 24-hour help and information. For enhanced voicemail, analog adaptors, ADA-compliant services, TDD equipment, or general questions or support for any of these services, contact the IT Center at (585) 275-2000 or univithelp@rochester.edu.

Visit the University IT website for more information about IT services.

## Intercessor

Intercessors provide a personal and confidential resource for students, staff, and faculty who want to talk through a problematic issue and pursue resolution. They may address concerns regarding sexual harassment, racial harassment, and discrimination on the basis of gender, disability, religion, race. ethnicity, gender identity or expression, sexual orientation, national origin, age, veteran status, or any other status protected my law. They are particularly interested in identifying patterns and resolving organizational problems in order to make the campus environment more inclusive and hospitable. The intercessors can be reached at (585) 275-9125.

## Interfaith Chapel

Distinguished by the diversity of its members, the College welcomes men and women from various faiths practiced by the world's peoples. The Interfaith Chapel affirms and celebrates a rich mixture of religious expression and heritages by offering a variety of opportunities for religious worship and meditation, social service and personal counseling, and cultural and social events.

Chaplains and advisors are available to work with all members of the University community. The director of the Interfaith Chapel works with students, chaplains, and University departments to facilitate and coordinate the many programs carried on within the chapel. Chapel rooms may be reserved for lectures, discussions, or social events.

While there are regular Catholic, Jewish, Muslim, Protestant and Zen Buddhist services available on campus, the Chaplain's Office also helps identify advisors from other religious traditions to actively support and work with other groups. The Interfaith Chapel, with the Student Association for Interfaith Cooperation, also offers a variety of interfaith activities, including a bi-weekly Interfaith Café Conversation on Thursday evenings, interfaith dialogue and education events and interfaith service projects. Students can call (585) 275-4321 to learn more about those options.

## International Services Office

The International Services Office (ISO) provides a full range of programs and services for over 3,900 international students and 450 scholars from over 130 countries, who study and work at the University each year. The ISO administers the F-1 and J-1 visa programs for the University under specific US

government regulations. Our staff provides detailed advising on immigration requirements and permissions for sponsored individuals and issues immigration documents through the Student Exchange Visitor Information System (SEVIS).

The ISO acts as the University's official liaison with the Department of Homeland Security, Department of State, foreign and American consulates, and local government agencies. Additionally, the office works with members of the University community to advocate for and address various needs of international students and scholars.

In addition, the ISO serves as an information resource to assist members of UR's international populations in adjusting to the United States, the University, and the Rochester community. Services and programs include:

- Our comprehensive website and online resources
- Electronic newsletters
- *TIPS On-Demand* video tutorials (available through Blackboard)
- Orientation programs for new arrivals
- Logistical support with government forms, taxes, and reporting requirements

Individual counseling is provided, as well, to assist students in effectively coping with personal challenges and cultural adjustment.

In order to promote intercultural understanding on our campuses, the ISO also contributes to cultural, social, and educational programming efforts within the University and the Rochester community.

The International Services Office is located at 40 Celebration Drive, Suite 1.100 (College Town). During the academic year, advising staff are also available for satellite walk-in hours on the River Campus and at the Eastman School of Music. For more information or to contact ISO staff, call +1 (585) 275-2866 or email questions@iso.rochester.edu.

## Minority Student Affairs

The Office of Minority Student Affairs focuses on enhancing the academic life of minority students. The office actively collaborates with University departments to promote student academic success and retention, and to ensure they successfully negotiate university life. The office's emphasis on academic

success is facilitated by providing such services as student counseling and referrals, promoting educational opportunities, offering workshops and symposia, and broadening the awareness of issues of relevance to minority students in the University community.

The Office of Minority Student Affairs manages two programs for the College:

ECO is a pre-freshman summer residential orientation program designed to offer supplemental academic support in order to assist students in making a successful transition from high school to college. Participating students learn about the attitudes, skills, and social connections that characterize successful University of Rochester students. ECO prepares students for classes, informs them about resources and services available to them, and introduces them to social life on campus.

HEOP serves students of diverse racial, ethnic, and cultural backgrounds. It is a program that provides an opportunity for eligible applicants to attend a private four-year institution of high academic standing. The program is designed to assist those students who, because of their economic and educational background, might not consider attending our University. HEOP staff coordinate a variety of academic support, counseling, and financial aid services to enable participating students to successfully complete a degree in 8 to 10 semesters. To be eligible for HEOP, students must be residents of New York State and meet specific academic and economic criteria.

The Office of Minority Student Affairs is located in 2-161 Dewey Hall. For more information, feel free to contact the Office of Minority Affairs at (585) 275-0651 or via email at omsa@ur.rochester.edu.

## National Testing Programs

The Testing Office administers national testing programs as noted below, as well as a variety of special exams.

Additional information about testing can be obtained in the Testing Office in 364 Rush Rhees Library (Jacqui Rizzo, jacquilyn.rizzo@rochester.edu). Please note that the testing reporting room locations should be indicated on the admission ticket.

The major testing programs administered by this office include:

- Graduate Record Examination (GRE) – subject only

- Law School Administration Test (LSAT)
  Please note: the LSAT exam will be administered with the last paper exam on June 3, 2019. Beginning with the July 15, 2019 exam, it will be administered digitally.

- Multistate Professional Responsibility Exam (MPRE)

## Parking

Parking is free and open to all test takers on Saturdays. If you are testing for a Monday exam, please stop at the information booth on Wilson Boulevard and purchase a parking pass for $4.00. See the underlined parking website for more information.

## Test Administration Staff

Jacqui Rizzo, Testing Administrator
jacquilyn.rizzo@rochester.edu
(585) 275-2052 (Monday-Friday 9 a.m. – 5 p.m.)

In case of emergencies, contact Public Safety
http://www.publicsafety.rochester.edu
(585) 275-3333
#413

### 2019-20 Testing Calendar for National Exams

Reporting time for all exams is 8:30 a.m. with the exam beginning at approximately 9:00 a.m. (once all candidates have been checked in and the instructions read).

Check back frequently for updates.

**2019**:

- June 3 (Monday) 12:30 p.m. 2019 LSAT Exam (Reporting location: Goergen 108), Meliora 221, 224, Gavett 310, 312, Morey 501, 502, 504, 524, 525)

- July 15 (Monday) 2019 12:30 p.m. LSAT Exam (Digital) (Reporting location: Lander Auditorium (Hutchison 140), Lattimore 201, Meliora 203, Computer Science Building 209))

- August 10 (Saturday) 2019 8:30 a.m. MPRE Exam (Reporting location: Goergen 108)

- September 21 (Saturday) 2019 8:30 a.m. LSAT Exam (Digital) (Reporting location TBA)

- November 9 (Saturday) 2019 8:30 a.m. MPRE Exam (Reporting location TBA)

- November 25 (Monday) 2019 12:30 p.m. LSAT Exam (Digital) (Reporting location TBA)

**2020**:

- January 13 (Monday) 12:30 p.m. 2020 LSAT Exam (Digital) (Reporting location TBA)

- March 30 (Monday) 12:30 p.m. 2020 LSAT Exam (Digital) (Reporting location TBA)

## Special Exams

Occasionally we host special exams requiring a proctor for University of Rochester staff, students or exchange students. Graduate and undergraduate students are eligible to take these special exams. Vicki Mullen can be contacted regarding these special requests. Proctors for these exams are hired on an as needed basis.

A testing fee is charged for students and staff who take these exams so that we can pay our proctors.

The following fees are charged:

- One to two hours $45.00

- Two to three hours $60.00

- Three to four hours $75.00

Five dollars less if the student is a University of Rochester student.

Any questions can be referred to Vicki Mullen, special testing coordinator, by email at vicki.mullen@rochester.edu or by visiting 312 Lattimore Hall.

## Registrar

The Registrar provides students with access to their academic records, enrollment and degree verifications, academic calendars, and exam schedules along with other important student data.

For more information about Registrar services, visit the Registrar's website.

## Residential Life

The Residential Life Program is designed to enhance students' academic progress and provide opportunities for personal growth.

As a comprehensive program, the Office for Residential Life and Housing Services provides a dedicated first year housing program in the Susan B. Anthony Area (including the new Genesee Hall), and the First Year Quad. Upper-class housing options exist in traditional residence halls, suites and apartment style halls, fraternity houses, and special interest housing programs. There are graduate and family housing options on campus.

The off-campus living program includes support services for students and landlords, a listing service of available apartments and houses in the area, newsletters and activities.

If it has anything to do with where a student lives, it's within the Residential Life mission.

### Study Abroad

The Center for Education Abroad believes that studying abroad is an integral part of the undergraduate curriculum. With careful planning, students in any major, including engineering, may study abroad. The College offers study abroad programs in more than 40 countries in the fall, spring, full year and summer terms.

Students who are interested in studying abroad should attend a study abroad general information meeting to get started. After attending an information meeting, students can set up an appointment to meet with a study abroad adviser. It's never too early to start!

Study abroad advisers assist students with researching and applying to study abroad programs, academic planning, transfer credit, pre-departure orientation and reentry programming.

For details and more information, visit our website the education abroad website.

### Writing and Speaking Center

The Writing and Speaking Center offers a wide variety of writing and speaking support services for undergraduate students of all levels and in all disciplines. The center is staffed by graduate-student writing consultants and undergraduate writing and speaking fellows from the humanities, the social sciences, and the natural and applied sciences. Our tutors provide individualized feedback and assistance on all types of academic writing and speaking.

We invite students to use our services during any stage of the writing process, from brainstorming ideas to polishing a final draft. Similarly, students can visit a speaking fellow at any point as they are developing or practicing a presentation.

The Writing and Speaking Center is located on the ground floor of Rush Rhees Library, G-122.

### Veteran and Military Family Services

The Veteran and Military Family Services Office serves as a resource to prospective and current veteran students across Rochester's main campus. The office works with student veterans and military dependents attending classes at Simon Business School, the School of Nursing, Warner School of Education, and students enrolled at the College. The office counsels students on using VA educational benefits and assists those seeking help in connecting with offices across campus.

The Veteran and Military Family Services Office is located in Wallis Hall. For more information or to contact VMFSO staff, call (585) 275-3221 or email veteranservices@ur.rochester.edu. For more information see Admissions's veteran resources page.

# Edmund A. Hajim School of Engineering & Applied Sciences

### Administrative Officers

Wendi Heinzelman, PhD (Massachusetts Institute of Technology) *Dean of the Edmund A. Hajim School of Engineering and Applied Sciences*

Paul D. Funkenbusch, PhD (Michigan Technological University) *Associate Dean of the Edmund A. Hajim School of Engineering and Applied Sciences*

### About

The Hajim School offers undergraduate degree programs leading to the Bachelor of Arts, and Bachelor of Science degrees. Based on the fundamentals of science and engineering, the programs exist in and benefit from a strong liberal arts environment. As an example, since data analysis is a critical component of engineering design, the College's multidisciplinary degrees in data sciences are comprised of significant courses from the Hajim School's Computer Science Department.

The Hajim School's undergraduate program provides education for a lifetime career, not simply training for a specific job. The programs have two main objectives:

1. To prepare students for positions as practicing engineers, scientists, and leaders in industry, government, education, and other areas of society.

2. To prepare students for graduate work leading to professions in medicine, law, and business as well as engineering and science, giving them an understanding of science and technology that will provide a firm foundation for their lifework.

Each major has adopted more specific goals and objectives that are given in the appropriate discipline sections of this bulletin. The emphasis is on both individual opportunity and collaborative team effort.

Students are encouraged to participate in the many active research projects both in the school and through cooperative internships in business and industry. Flexibility in each program makes it possible to incorporate specialized coursework. For instance, engineering students can pursue elective work and undertake research projects in such fields as architecture, environmental studies, and materials science.

In their first year, enrolled students who have expressed interest in engineering or computer science majors are assigned faculty or staff advisors with expertise in their department of interest. These advisors along with the department's undergraduate coordinator counsel interested students on the school's degree requirements, policies, and procedures.

Students formally enter the school at the end of their sophomore year or at any time in their undergraduate tenure that they have satisfied the necessary prerequisites. Students remain with their assigned advisors throughout their tenure in their intended major. Students may declare majors in the Hajim School at any time, but will find it necessary to first satisfy those prerequisites they may be lacking.

In our current global economy, the importance of cultural understanding and experience has never been so important for our future workforce. With this increased focus on engineering around the world, study abroad and other international opportunities have been brought to the forefront of the student experience.

The Hajim School faculty hopes to see 25 percent of its students studying abroad, and continuously seeks to expand its offerings of English-language technology and engineering courses overseas. Currently, the Hajim School has formal programs in the following countries:

- Australia
- Belgium
- Botswana
- Denmark
- Great Britain
- Hong Kong
- Ireland
- Italy
- Israel
- Japan
- New Zealand
- South Africa
- South Korea
- Spain
- Sweden
- Turkey
- United Arab Emirates

Additional information on these and other programs is available at the Center for Education Abroad, 2-147 Dewey Hall, and at the Hajim School's study abroad web page.

# The School of Arts and Sciences

### Administrative Officer

Gloria Culver, PhD (University of Rochester) *Dean of the School of Arts and Sciences*

### About

With 18 departments, more than a dozen programs, and numerous centers and institutes, the School of Arts and Sciences is the largest school at the University. The School has a strong tradition of crossing and connecting disciplines and departments due in large part to this diversity of intellectual interests. Undergraduate students within the School engage with nationally recognized faculty, scholars and educators that are leaders within their fields and committed to furthering the intellectual and personal development of all students. Under this tutelage, students excel in the classroom, participate in independent study, conduct

research, study abroad, and engage in extracurricular activities, community service, and entrepreneurial endeavors.

Undergraduate education in the School of Arts and Sciences provides a strong academic foundation in multiple fields and prepares students for a wide variety of professional careers. The Rochester Curriculum is the centerpiece of this educational mission, and allows students the freedom to explore their own intellectual interests from the very start of their academic career. Academic departments and programs within the School of Arts and Sciences (and the Hajim School) develop the majors, minors and clusters that are the building blocks of this curriculum. Students also have the opportunity to explore a wide range of interdisciplinary majors and minors through the Multidisciplinary Studies Center, which administers degree programs in East Asian Studies, Public Health, Legal Studies, Digital Media Studies, and Sustainability, among other offerings.

Undergraduate students also benefit from the intellectual opportunities provided by a variety of institutes and centers within the School, including the Humanities Center, the Institute for Performing Arts, the Center for Energy and the Environment, and the Goergen Institute for Data Science. These centers, along with the academic departments, have had many positive effects on academics within the School, generating new majors and minors and helping to develop innovative courses and more experiential offerings, inside and outside of the classroom.

When combined with co-curricular and student activities offered through the undergraduate College, departments and centers of the School create a robust and exciting undergraduate experience for students across the arts and humanities, social sciences and natural sciences. More details on these experiences and academic programs can be found throughout this Bulletin.

# Other Schools of the University

### Eastman School of Music

Known throughout the world as a major center for the education of professional musicians as well as for the study and creation of music, the Eastman School of Music offers diverse curricula leading to undergraduate and graduate degrees. Students pursuing a Bachelor of Arts degree with a major in music through the College

may take some of their coursework at the Eastman School. Other University undergraduates, having met the requirements and with permission, may also take applied music lessons or other music courses at Eastman. Some students apply and are admitted both to the College and the Eastman School, and pursue a dual degree program.

### School of Medicine and Dentistry

In addition to the programs leading to the MD, MA, MS, MPH, and PhD degrees, the School of Medicine and Dentistry offers unusual opportunities for undergraduates. In the Rochester Early Medical Scholars Program (REMS), a BA/BS-MD program, exceptionally talented students enter the University with a conditional acceptance to the medical school. In the Summer Scholars program, undergraduate researchers from around the country have the opportunity to participate in a 10-week, hands-on, independent research project.

### School of Nursing

The School of Nursing offers study leading to the bachelor of science degree with a major in nursing. Admission to the School of Nursing requires either a registered nurse license or a prior baccalaureate degree in a non-nursing field. The degree programs offered by the school include a bachelor of science in nursing, an RN to BS or RN to BS to MS program for registered nurses, Master of Science nurse practitioner specialties, MS in leadership in health care systems, MS in nursing education, CNL, MS and PhD dual-degree programs, doctor of nursing practice, and the doctor of philosophy in nursing and health science. Post-master's certificate programs are also available.

### William E. Simon School of Business

Ranked among the leading graduate business schools in the world, Simon Business School offers graduate degree programs in the most sought-after industries, including accounting, finance, marketing, and management. The School is recognized as a pioneer in the application of economic principles to problems that managers encounter in their interactions with consumers, employees, government entities, and other firms. Three top business journals—the Journal of Accounting and Economics, The Journal of Financial Economics, and the Journal of Monetary Economics were all founded by the Simon Business School to advance the world's understanding of how economics can help firms profitably create value and help

policymakers design better institutions and regulations to facilitate innovation and economic growth.

The Full-Time two-year MBA program offers 11 concentrations to suit our student's needs and meet their career goals, while our full-time MS programs are one year of focused study designed for early career professionals.

Simon also offers a variety of part-time Professional MBA and Executive MBA degree options that allow busy professionals to continue working while pursuing their degree, but utilizes the same rigorous coursework that will prepare them for success in today's competitive business climate.

In addition, Simon Business School and the University's College of Arts, Sciences, and Engineering jointly offer degrees in business through the Barry Florescue Undergraduate Business Program. The program challenges students to consider how they want to change the world and provides them the tools for achieving their vision. University of Rochester undergraduate students can minor in business, taking as few as three business courses, or major in business, earning either a Bachelor of Arts or a Bachelor of Science. Students opting for the BS degree choose from among five career-oriented tracks: Accounting, Business Analytics, Business Finance, Entrepreneurship, or Marketing.

Simon Business School's in-house Career Management Center is dedicated to connecting our students to professional opportunities. From résumé development to mock interviews and individual career counseling, we prepare our students to be the leading candidates in a competitive marketplace.

With world-renowned faculty and a curriculum grounded in analytics and economics, our graduates are well prepared to be successful in an ever-changing business climate.

## Margaret Warner Graduate School of Education and Human Development

The Warner School of Education provides a broad range of courses of interest to undergraduates considering graduate work in education, counseling, and human development and those interested in the many issues related to schools, socialization, learning, leadership, community mental health, and change. The Warner School offers master's and doctoral degree programs in teaching and curriculum, K-12 school leadership, higher education, education

policy, counseling, human development, applied behavior analysis (ABA), online teaching, and program evaluation. Warner also has an interdisciplinary program in health professions education that is offered in collaboration with the University of Rochester School of Nursing and School of Medicine and Dentistry There is also a certificate as well as a master's program for undergraduates interested in teaching English abroad.

Undergraduates are encouraged to take courses at the Warner School.  Issues such as the relations among race, gender, language, ethnicity, class, disability, sexuality, and schooling; the uses of technology as teaching and learning tools; interdisciplinary research and its application to human learning and development, community mental health counseling; the ties among economic, social, and educational practices and policies; community-based engaged scholarship; entrepreneurship and innovation involving education; and other matters of significance to contemporary society may be studied at the Warner School.

In most cases, the basic teacher preparation program (leading to NYS Initial Teaching Certification and fulfilling all the academic requirements for Professional Teaching Certification) is offered through 15 months of postgraduate study and is offered at the early childhood and elementary levels and in mathematics, English, Latin, French, Spanish, German, Italian, Chinese, biology, chemistry, physics, earth science, and social studies at the secondary level. Programs for those interested in Teaching English to Speakers of Other Languages (grades K–12), Teaching Students with Disabilities (birth to grade 2, grades 1—6, and grades 7—12, as well as annotation for Teaching Students with Severe and/or Multiple Disabilities), and Reading and Literacies (at either birth to grade 6 or grades 5–12) are also available.

The Warner School also offers combined undergraduate and graduate programs in counseling and human development, designed for qualified University of Rochester undergraduate students planning either to become school counselors or mental health counselors, or to continue with graduate study in counseling psychology, clinical psychology, developmental psychology, or human development. Students begin graduate study toward the Master of Science (MS) degree during their senior year. The master's in human development - offering students a general program in human development or specializations in early childhood, family studies, developmental

differences, gerontology, research—all of which can be completed in one year of postgraduate study—and a specialization in Applied Behavior Analysis (ABA) that takes longer. The school counseling program, which leads to New York State certification as a school counselor, takes about two years of postgraduate study. The program in community mental health counseling program, which leads to New York State licensure in mental health counseling, also can be completed in about two additional years. Consult with a counselor in the Warner School Admissions Office, (585) 275-3950 or admissions@warner.rochester.edu, for exact requirements for the combined undergraduate and graduate programs in counseling and human development.

The Warner School offers the Guaranteed Rochester Accelerated Degree in Education (GRADE) program, which is a five-year BA/BS + MS education program for undergraduate students admitted to the University of Rochester who are interested in becoming educators (six years if pursuing a specialization in counseling). GRADE students enter the University with an assurance of admission to the Warner School with the Steven Harrison quarter-tuition scholarship for the duration of the program (this offer is contingent on students meeting prerequisites for their selected area of specialization by the time they complete their undergraduate program). The program is designed to offer students a quality liberal arts education while also preparing them to become educators.

The Warner School also offers a number of scholarship opportunities, including time-limited 50 percent guaranteed scholarships for programs leading to New York State teaching and school counseling certifications, and for qualified University of Rochester graduating seniors who are interested in pursuing graduate study at the Warner School.

Students who are interested in a career in education and human development are encouraged to meet with a Warner School admissions counselor to learn more about programs and opportunities for coursework as an undergraduate. The Office of Admissions offers day and evening appointments for student counseling and school tours. The Warner School is housed in LeChase Hall, located on the historic Wilson Quadrangle between Todd Union and Wilson Commons on River Campus.

# Program Information

## Publications about Undergraduate Programs at the University of Rochester

Most colleges and schools of the University publish brochures or official bulletins listing faculty, courses, and degree requirements. In addition, many departments offering undergraduate programs publish detailed brochures about their courses of study, faculty members, facilities, scholarships, etc. Most undergraduate programs have valuable information on their departmental websites.

Requests for information about the programs and how to apply should be made to the following:

## ARTS, SCIENCES AND ENGINEERING

### Undergraduate Studies

Jeffrey Runner
Dean of the College
University of Rochester
P.O. Box 270401
Rochester, New York 14627-0251
(585) 273-5000
www.rochester.edu/college

Samantha Veeder, Associate Dean of College
Enrollment/Director of Financial Aid
Jason Nevinger, Director of Admissions
Office of Admissions
University of Rochester
P.O. Box 270251
Rochester, New York 14627-0251
(585) 275-3221
admit@admissions.rochester.edu
enrollment.rochester.edu

Nancy Specht
University Registrar
Office of the University Registrar
P.O. Box 270038
University of Rochester
Rochester, New York 14627-0038
(585) 275-5131
registrar@rochester.edu
www.rochester.edu/college/registrar

### Summer Sessions

Crystal Cusimano-Figueroa
Senior Director, Orientation, Summer, and Winter
Initiatives
Office of Summer and Continuing Studies
University of Rochester
P.O. Box 270358
Rochester, New York 14627-0358
(585) 275-2345
osp@rochester.edu
www.rochester.edu/summer

### Graduate Studies

Dean of Graduate Education and Postdoctoral Affairs
Arts, Sciences and Engineering Graduate Education and
Postdoctoral Affairs
University of Rochester
P.O. Box 270401
Rochester, NY 14627
(585) 275-4153
ASEGEPA@rochester.edu
www.rochester.edu/college/gradstudies

## EASTMAN SCHOOL OF MUSIC

### Undergraduate and Graduate Studies

Matthew Ardizzone
Associate Dean of Admissions and Enrollment
Management
Eastman School of Music
26 Gibbs Street
Rochester, New York 14604
(585) 274-1060 or
(800) 388-9695 USA and Canada
admissions@esm.rochester.edu
www.esm.rochester.edu/admissions

### Summer@Eastman

Eastman School of Music
26 Gibbs Street
Rochester, New York 14604
(585) 274-1074 or (844) 820-3766 (outside New York
state only)
summer@esm.rochester.edu

### Eastman Community Music School

Eastman School of Music

26 Gibbs Street
Rochester, New York 14604
(585) 274-1400
community@esm.rochester.edu

## SCHOOL OF MEDICINE AND DENTISTRY

Flavia Nobay
Associate Dean For Admissions
University of Rochester
School of Medicine and Dentistry
Box 601-A
Rochester, New York 14642-0001
(585) 275-4539
admish@urmc.rochester.edu
www.urmc.rochester.edu/smd

Richard T. Libby
Senior Associate Dean for Graduate Education and
Postdoctoral Affairs
Graduate Admissions (PhD, MA, MPH, MS)
Graduate Education & Postdoctoral Affairs
School of Medicine and Dentistry
606 Elmwood Avenue, Box 316
Rochester, New York 14642-0001
(585) 275-4522
admish@urmc.rochester.edu
www.urmc.rochester.edu/smd

## SCHOOL OF NURSING

Alexandria Duffney
Director of Enrollment Management
Office of Student Affairs
University of Rochester
School of Nursing
601 Elmwood Avenue, Box SON
Rochester, New York 14642
(585) 275-2375
SON_Admissions@urmc.rochester.edu
www.son.rochester.edu

## SIMON BUSINESS SCHOOL

Rebekah Lewin
Assistant Dean of Admissions and Financial Aid
Simon Business School
University of Rochester
245 Gleason Hall
P.O. Box 270107
Rochester, New York 14627-0107
(585) 275-3533
admissions@simon.rochester.edu

## MARGARET WARNER GRADUATE SCHOOL OF EDUCATION AND HUMAN DEVELOPMENT

Pamela Black-Colton
Executive Director of Admissions & Student Services
Office of Admissions
Margaret Warner Graduate School of Education and
Human Development
University of Rochester
LeChase Hall
P.O. Box 270425
Rochester, New York 14627-0425
(585) 275-3950
admissions@warner.rochester.edu
www.warner.rochester.edu

## University Campuses

The **River Campus** is the University's main campus and the residential setting for College undergraduates. It is also the location of the Margaret Warner Graduate School of Education and Human Development and the William E. Simon Graduate School of Business Administration. On the southern edge of the city, the 114-acre campus is tucked in a bend of the Genesee River. Next door are the University Medical Center, the historic Mt. Hope Cemetery and one of Rochester's many parks.

The **Medical Center**, adjacent to the River Campus and the site of the School of Medicine and Dentistry, has extensive facilities providing an excellent spectrum of patient care and research to support the educational programs. Strong Memorial Hospital (including the Golisano Children's Hospital), with a capacity of 800 beds, is an integral part of the University's Medical Center and serves as the principal teaching hospital of the School of Medicine and Dentistry and the School of Nursing. The Medical Center also includes the Eastman Institute for Oral Health and the James P. Wilmot Cancer Center, and is affiliated with the nearby Highland Hospital.

The University's **Mid Campus** is located south and west of the Medical Center, bordered by the Erie Canal on its southern edge. It is home to the Helen Wood School of Nursing, the Saunders Research Building and a majority of the staff parking lots. The Mid Campus also includes a large amount/variety of student housing facilities and the main campus Chiller Plant.

The University's **South Campus** is located in the town of Brighton, just south of the Canal. It is home to Whipple Park, the Laboratory for Laser Energetics,

the Center for Optoelectronics and Imaging, the Robert L. Sproull Center for Ultra High Intensity Laser Research, the Larry and Cindy Bloch Alumni and Advancement Center, and the University Facilities and Services Center.

The **Eastman School of Music** campus is located in downtown Rochester and linked to the other campuses by free shuttle buses. Opened in 1921 as the University's first professional school, Eastman presents more than 800 concerts a year, many of them free. Its primary concert venues include Kodak Hall at Eastman Theatre, the performance home for Eastman's large ensembles as well as the Rochester Philharmonic Orchestra; Kilbourn Hall, Howard Hanson Recital Hall, and Kilian and Caroline Schmitt Organ Recital Hall in the school's main building; and Hatch Recital Hall in the newest addition to the Eastman campus, the Eastman East Wing. The School's Sibley Music Library, housed in the Miller Center, has holdings of nearly three-quarters of a million items and is recognized as one of the foremost music research libraries in the world.

With its permanent collection spanning 50 centuries of world art, the University's **Memorial Art Gallery** is considered one of the finest regional art museums in the country. Among its treasures are works by such artists as Monet, Cézanne, Matisse, Homer, and Cassatt. The Gallery offers a year-round schedule of exhibitions and tours and events as well as a restaurant and gift shop. A free shuttle bus to other campuses stops one block away.

The University of Rochester's **C.E.K. Mees Observatory**, devoted to teaching and public outreach in astronomy, is located 40 miles south of Rochester in the Bristol Hills at an elevation of 701 m (2260 ft). The Observatory houses a 61 cm (24 inch) Boller and Chivens Cassegrain reflector which was dedicated May 8, 1965.

## Libraries

The River Campus Libraries holds more than 3.5 million volumes, as well as extensive collections of online databases, electronic journals, rare books and materials, and musical scores.

The River Campus Libraries includes:

- Rush Rhees Library (art and music, humanities, social sciences, business, rare books, and medieval),
- Carlson Library (sciences and engineering),
- Physics-Optics-Astronomy Library, and
- A reference library at the Laboratory for Laser Energetics.

Beyond River Campus are the Edward G. Miner Library (Medical Center), the Sibley Music Library (Eastman School of Music), and the Charlotte Whitney Allen Library (Memorial Art Gallery).

## Administration

**Sarah C. Mangelsdorf**
President and G. Robert Witmer Jr. University Professor

**Robert L. Clark**
Provost and Senior Vice President for Research

**Holly G. Crawford**
Senior Vice President, Administration and Finance; Chief Financial Officer and Treasurer

**Thomas J. Farrell**
Senior Vice President and James D. Thompson Chief Advancement Officer

**Mercedes Ramírez Fernández**
Richard Feldman Vice President for Equity and Inclusion and Chief Diversity Officer

**Lamar Murphy**
General Secretary and Chief of Staff to the President

**Gail Norris**
Vice President and General Counsel

**Douglas W. Phillips**
Senior Vice President and Chief Investment Officer

**Peter G. Robinson**
Vice President, Government and Community Relations

**Elizabeth Stauderman**
Vice President for Communications

**Mark B. Taubman**
Senior Vice President for Health Sciences; CEO, University of Rochester Medical Center and UR Medicine; Dean, School of Medicine and Dentistry

**Sasha Tulgan**

Deputy to the President

## University Accreditations

The University of Rochester is accredited by the <u>Middle States Commission on Higher Education</u>, the New York State Board of Regents, the Association for the Accreditation of Human Research Protection Programs, Inc., and the Accreditation Association for Ambulatory Health Care.

Programs within the University's Schools and Colleges are accredited by the following agencies:

- ABET
- Accreditation Council for Continuing Medical Education
- Accreditation Council for Graduate Medical Education
- American Chemical Society
- American College of Microbiology
- American Dental Association, Commission on Dental Accreditation
- American Nurses Credentialing Center
- American Psychological Association Commission on Accreditation
- Association for Assessment and Accreditation of Laboratory Animal Care, International
- Association for Clinical Pastoral Education, Inc., Accreditation Commission
- Association to Advance Collegiate Schools of Business, International
- Commission on Accreditation for Marriage and Family Therapy Education
- Commission on Collegiate Nursing Education
- Council for Accreditation of Counseling and Related Educational Programs
- Council for the Accreditation of Educator Preparation
- Council on Education for Public Health
- Liaison Committee on Medical Education
- National Association of Schools of Music, Commission on Accreditation

- National Council for Accreditation of Teacher Education

For additional information about our accreditations and recognitions, please visit the provost's accreditation page.

**Consortium On Financing Higher Education (COFHE)** Rochester is one of the 35 members of this association of the nation's top private colleges and universities.

**Association of American Universities (AAU)** Rochester is one of 62 members of this prestigious organization of the leading public and private research and graduate institutions in the United States and Canada.

## Financing an Education

### Anticipated Expenses

The cost of attendance comprises the Financial Aid Office's estimates of the direct costs students can expect to pay to the University and the indirect educational costs that they will incur. Direct costs include items such as tuition and fees as well as room and board. Indirect costs, or those costs that do not appear on a student billing statement, include books and supplies, transportation, and personal expenses.

The estimated cost of attendance an upcoming academic year is posted once approved by the Board of Trustees on the Financial Aid Office's website.
  Please note that students who commute during the academic year typically have a cost of attendance significantly less than a student who lives on campus due to differences in room and board costs.

### Auxiliary Services

University policy requires that parking, food, bookstore, and housing services—services that are used selectively and substantially as matters of individual preference—be sustained by the fees and other charges paid by those who use them, including provisions for depreciation, replacement of equipment, and maintenance. Those services, therefore, are self-supporting and not supported by the University's tuition and other educational income.

### Fixed Costs

Tuition and fees for full-time undergraduates in the College is $55,040 for the 2019–2020 academic year. (Please note that tuition and fees for the Eastman School of Music and the School of Nursing will vary.) A room in a campus residence, double occupancy, is $10,090 per year. The most comprehensive board plan is $6,580 per year. Freshmen incur a one-time charge of $312 for meals and accommodations during orientation.

A mandatory health fee of $636 per year is charged to all full-time students.

All students pay an activity fee, which is established annually by the student government. The fee is $310 for the 2019–2020 academic year. In addition, all resident students pay a social fee of $14 for the academic year.

All students accepted into the Edmund A. Hajim School of Engineering and Applied Sciences become responsible for two years of equipment fees. These fees are normally assessed in the junior and senior years at a rate of $522 per semester.

In addition to fixed costs, undergraduates should expect to pay an average of $1,310 for books and supplies, $1,080 for personal expenses.

### The College: Fixed Cost Summary 2019-2020

| Item | |
|---|---|
| Tuition | |
| Room | |
| Board* | |
| Fees (approximately) | |
| **Total Annual Fixed Cost** | |

*Other plans available.

NOTE: Noncredit course fees. All persons attending noncredit courses must pay fees as announced for these courses.

### Payment Options

Undergraduate students are billed tuition, fees, room and board for each semester they are enrolled. The University offers three payment plan options:

1. A Monthly Payment Option consists of four monthly payments for each semester. An administrative fee is charged when this plan is chosen.

2. A Semester Payment Option consists of one payment for each semester.

3. An International Payment Option for students with an international billing address consists of one payment for each semester. Students are billed two months in advance of the due date.

**All students are required to sign a Financial Responsibility agreement.** If full payment is not received by the due date, the University assesses a late payment fee of one percent of the amount past due. Students who have not returned a Financial Responsibility Agreement are unable to register for class until the Agreement is submitted. Arrangements to have funds available for payment should be made well in advance of each due date. Postdated checks submitted cannot be held for deposit. Students who are delinquent in their payments will not be allowed to register for the next semester, receive transcripts, participate in the housing lottery, or receive their diplomas until their account is paid in full. All prior academic year balances must be paid in full before the start of the next academic year.

The student's billing statement is viewed online from the student portal: learn.rochester.edu under UR ePAY. Students and Authorized Payers receive an email each month when the new billing statement is available. Students can set up individuals (parents, guardians, spouses, or third parties) as Authorized Payers to view and pay their bills online. Students are responsible for viewing their billing statement each month and will not receive a statement in the mail. Students are also encouraged to pay their bill online using UR ePAY. For more information regarding UR ePAY, visit the bursar's website and click on UR ePAY.

Financial aid awards will be used as anticipated credits against the student billing statement. Questions concerning financial aid awards, what documentation must be submitted to the University, etc., should be directed to the Financial Aid Office.

## Financial Aid

The Financial Aid Office is here to help students and their families afford the investment of a Rochester education through a combination of different aid programs.

### Applying for Financial Aid

Incoming students must complete the online College Board's CSS Profile. The CSS Profile is used to determine eligibility for need-based University of Rochester grant funding. The University of Rochester school code is 2928, and our priority deadline is February 15 for regular decision applicants (December 1 for early decision applicants). Students may also be required to submit copies of federal tax returns as well as W2 documents to the College Board's IDOC service for review.

In addition, students must submit the Free Application for Federal Student Aid (FAFSA) online by February 15. The FAFSA is used to determine eligibility for all federal aid programs. The FAFSA is officially available after October 1. The University of Rochester school code is 002894.

All applicants who are not US citizens or permanent residents should file the International Student Financial Aid Application, available through the Office of Admissions.

### Renewing Financial Aid

Students receiving need-based financial aid must file the FAFSA and CSS Profile as well as submit relevant tax information to IDOC each year. Students are notified by the end of the fall semester each year so that they may complete the application process by March 15. Returning students who do not submit their financial aid application with all supporting documentation by March 15 should be aware that they are not guaranteed full consideration for need-based assistance and will have their aid reduced due to limited funding.

### Estimated Family Contribution

The family contribution is based on an analysis of the financial aid application materials provided by each student that takes into consideration income, assets, family size, number of siblings in college, and other variables. As these variables often change from year to year, students must submit application materials each year to assess the family contribution for the upcoming academic year.

## General Awarding Guidelines

Students receiving merit- and/or need-based University scholarships/grants should be aware that certain restrictions apply:

- Entering freshmen are limited to eight semesters of scholarship/grant assistance; transfer students are eligible for assistance until the original graduation date determined at the time of admission

- University scholarships/grants require full-time enrollment (at least 12 credits/semester)

- Students must meet satisfactory academic progress requirements

- University scholarships/grants are not available for summer coursework

## Merit-Based Scholarships

Merit-based scholarship recipients demonstrate outstanding academic achievement, talent, leadership, and potential. The Admissions Office carefully considers students' application for admission when making these decisions. Merit-based scholarships will be included in the calculation of need-based aid. The Office of Admissions section provides additional information on these awards.

## Need-Based Financial Aid Programs

Demonstrated need is calculated by subtracting a family's estimated contribution from the cost of attendance. The Financial Aid Office uses demonstrated need to determine eligibility for grants, loans, and work study. While students' financial aid packages vary based on students' demonstrated need, the following are some of the most common financial aid programs. Amounts will vary based on students' demonstrated need. Aid cannot disburse to the students' account until at least 10 days prior to the beginning of classes each term.

## Grants

**Federal Pell Grant**—A federal program designed to assist students whose families demonstrate the highest need.

**Federal Supplemental Educational Opportunity Grant (SEOG)**—A joint program between the federal government and the University of Rochester to provide additional funding to students whose families demonstrate the highest need.

**New York State Tuition Aid Program (TAP)**—A NYS program based upon a family's NYS taxable income. This requires a separate application available once the FAFSA has been filed. Our school code is 1015. If the application is not completed, any estimated awards will be lost.

**New York State Bundy Grant**—A NYS program that allows the University to provide grant funding to NYS residents whose families demonstrate the highest need.

**Rochester National Grant**—The University of Rochester commits significant resources to need-based grant funding.

**Endowed Scholarships**—The Rochester National Grant is funded through hundreds of need-based endowed scholarships.

**State Grants**—Certain states outside New York will allow their grant programs to be used at schools in New York. Contact your state agency for more information.

## Loans

**Subsidized Federal Direct Loan**—The Direct Loan Program is a federal program designed to provide students demonstrating financial need with a low-interest loan to help cover the cost of education. Maximum annual eligibility is determined by the students' class year standing.

## Work Opportunities

**Federal Work-Study Program (FWS)**—The FWS program is a joint program between the federal government and the University designed to provide opportunities for students to work during the school year to earn money to help cover their educational expenses. Opportunities are available across campus as well as the surrounding community. Students are paid an hourly wage for work performed. There is a special emphasis on community service opportunities.

**University Student Employment**—Campus employment is not limited to the FWS Program. Many students without FWS eligibility work in dozens of different departments on campus.

## Other Financial Resources

In addition to the merit- and need-based programs offered through the University, there are many other financial resources students and families may wish to pursue. For example, the strength of the candidates who apply to the University often makes our applicants excellent candidates for outside scholarships. Family employers, local foundations, clubs, and community agencies are excellent sources for scholarship opportunities. In addition, students should take advantage of resources such as their guidance office, local library, and the Internet. The Financial Aid Office's website includes links to multiple resources.

Many families are also interested in financing a portion of the cost of education through long-term financing options. Additional information regarding these options is available on the Financial Aid Office's website.

Common programs include the following:

**Unsubsidized Federal Direct Loan—**The Direct Loan Program also offers an unsubsidized version for students whose financial need is met through other resources. The interest on this low-interest educational loan accrues while the students are in school.

**Federal Direct Parent Loan for Undergraduate Students (PLUS)—**The PLUS Loan Program allows parents to borrow up to the cost of education minus any other financial aid offered. This loan can be deferred while the students or the borrowers are enrolled at least half time in a degree-seeking program.

## Veteran Education Benefits

Veterans and military dependents are able to use their VA education benefits, including:

- Post 9/11 GI Bill®
- Montgomery Bill®
- Survivors' and Dependents' Educational Assistance (DEA)
- Vocational Rehabilitation and Employment

Additionally, the University of Rochester is a proud participant of the Yellow Ribbon Program.

Eligible students must provide proof of education benefits (statement of benefits from va.gov, certificate of eligibility, or a screenshot from eBenefits). Students who wish to be considered for additional assistance

should complete the Free Application for Federal Student Aid (FAFSA) and the CSS PROFILE.

In accordance with Title 38 US Code 3679 subsection (e), this school adopts the following additional provisions for any students using U.S. Department of Veterans Affairs (VA) Post 9/11 G.I. Bill® (Ch. 33) or Vocational Rehabilitation and Employment (Ch. 31) benefits, while payment to the institution is pending from the VA. This school **will not**:

- Prevent nor delay the student's enrollment
- Assess a late penalty fee to the student
- Require the student to secure alternative or additional funding
- Deny the student access to any resources available to other students who have satisfied their tuition and fee bills to the institution, including access to classes, libraries, or other institutional facilities

However, to qualify for this provision, such students may be required to:

- Produce the certificate of eligibility by the first day of class
- Provide written request to be certified
- Provide additional information needed to properly certify the enrollment as described in other institutional policies

# The Rochester Curriculum

In the American system of education, college is the time in which students' intellectual growth and personal growth coincide—as they gain the ability to make a series of critical choices.

Most of education through the 12th grade, and most of graduate and professional training, is mandated by someone else—a school board, an accrediting agency, the demands of a profession or a career. In America, it is uniquely in the college years that students choose their subjects and thereby sharpen their interests, develop their skills, and focus their goals. Through the freedom of the so-called modular system of education that marks American undergraduate learning, students grow as thinkers and as persons.

The Rochester Curriculum takes the special character of college education seriously and attempts to craft a structure of learning that both respects the students as individual learners and takes full advantage of Rochester's character as a research university. University researcher/teachers are self-motivated learners, people who every day work to sharpen understanding and create new knowledge. More than any other group in society, a university research faculty knows how to make learning the habit of a lifetime. The basic aim of the Rochester Curriculum is to break down the barriers between the way the faculty learn and the students learn so that students can make not just the content, but also the practice, of disciplined learning their own. The Rochester Curriculum is distinctive among American universities.

Students at Rochester are encouraged to explore a variety of disciplines during their freshman year. As students progress at Rochester, they choose a major, with at least 10 semester courses, in either the humanities, social sciences, or natural sciences (including mathematics and engineering). In addition, students choose a cluster of three related courses in each of the other two main divisions of the liberal arts named above. Students with a major in an accredited program in engineering or in optics only need to select one cluster.

More than 250 authorized clusters exist from which students may choose. Virtually every department and program in the College offers numerous clusters that meet the spirit of the Rochester Curriculum. Complete descriptions can be found on our clusters page. Examples from the humanities include Ethics and Values; Media, Culture and Communication; Sustainability and the Humanities. From the social sciences division, examples include Anthropology of Globalization; African-American Politics; Theoretical Economics. In the natural sciences division, examples include Life through Time, Music Cognition, The Nature of the Universe.

The opportunity exists for students to propose exceptions to already existing clusters, and—with the support of two faculty sponsors—students may also propose individualized interdepartmental divisional clusters. Final approval rests with the Curriculum Committee.

The Rochester Curriculum is simple, flexible, and reflects the true hallmarks of university life and learning—curiosity, competence, and community.

*Curiosity*—The most important discoveries in the history of science, the most enduring works of art and literature, and the most compelling theories of society are the consequences of curiosity—which brings with it scholarly or artistic energy and persistence that won't let a question rest until it is answered. The freedom to follow one's own curiosity is the prime motivator of faculty learning, and it works just as well for undergraduates as it does for faculty. Therefore, there is no restriction on students' freedom with a system in which they must take required courses to "get them out of the way." Instead, students take responsibility and build their college education out of their own interests, goals, and aspirations. Broad and free experimentation with ideas and subjects allows them to discover and sharpen their own interests and to learn their own strengths and weaknesses.

*Competence*—For students to understand how a field of learning actually works, they need to spend sufficient time in it to learn its language, become familiar with its artifacts, and experience its logic. The Rochester Curriculum allows them to do so—not just in their major, but also in two other fields across the liberal arts disciplines. A key mark of a Rochester education is a demonstrable competence in the three major realms of thought and analysis and the consequent ability to make informed intellectual connections across fields and disciplines.

*Community*—Curiosity does not thrive in isolation, and Rochester's researchers do not—indeed, cannot—work alone. Active participation in a community of inquiry and expertise, engagement in a heritage of curiosity, is a fundamental ingredient of the intellectual life in a research culture. By providing the framework for a major and two clusters, the Rochester Curriculum invites students into three different intellectual communities—three different sustained conversations about learning and ideas—during their undergraduate careers.

# Policies & Procedures

A list of publications that fully describe all policies and rules pertaining to University programs is published on the University's website. These publications include, for example, the *Advising Handbook*, the Official Bulletin: Graduate Studies, the UR Here handbook and the College Dean of Students' pamphlet entitled Student Discipline: Conduct Standards, Policies, and Procedures, for Undergraduates.

Policies and rules for nursing students are listed in the student handbook. Policies and rules for Eastman students are available on Eastman's Office of the Registrar's website.

This section of the Undergraduate Bulletin describes policies and procedures relating to the following:

- Academic Policies
- Academic Procedures
- Admissions
- Grade Release Policy
- Family Educational Rights and Privacy Act (FERPA)
- Nondiscrimination Statement
- Religious Holidays

## Academic Policies

### Academic Honesty

The students, faculty and administrators of the College comprise a community of scholars who are committed to the pursuit of excellence in learning, teaching, creativity and research. Academic honesty is the cornerstone upon which excellence in these endeavors is based, as it creates the necessary conditions of mutual trust and open communication that make intellectual inquiry and growth possible.

Academic honesty means acting with truthfulness and sincerity in carrying out all aspects of our individual and collaborative work, maintaining ownership over our work and acknowledging our debt to the work of others.

Students can best meet their obligation to academic honesty by adhering to the Academic Honesty Policy in all academic matters. This includes completing their work through their own honest efforts and expecting and encouraging honesty among their peers. The complete policy and related resources for students can be found on the Academic Honesty website.

Students remain responsible for the academic honesty of their submitted academic work even after they have graduated or are no longer matriculated at the University of Rochester.

### Orientation Honesty Policy Dissemination

Prior to arriving on campus for orientation, all students are asked to review the AS&E Academic Honesty Policy, take an online tutorial, and sign its embedded honor pledge acknowledging their acceptance of its provisions.

During orientation, student receive in-person training from both the academic honesty liaison and from their undergraduate advisors.  Their advisors hold a discussion that assumes familiarity with the policy, focuses on academic honesty as a core value of our community, reviews situations that students may encounter, and answers questions that students have. Transfer students take the online tutorial and sign its embedded honor pledge prior to arrival; they receive in-person training from the academic honesty liaison during the orientation run by the College Center for Advising Services.

These pre-arrival and orientation procedures are designed to reinforce the importance of academic honesty to the AS&E community.

All students (matriculated and non-matriculated) enrolled in the College or in College courses must adhere to the AS&E Academic Honesty Policy, even if they do not attend orientation, complete the online tutorial, or sign the honor pledge.

### Class Attendance

Each instructor sets the regulations regarding attendance for each class; many do not make class attendance mandatory. Consistent absence from class,

however, may determine whether or not students pass a course. When it is necessary to be absent because of travel or illness, students are expected to make arrangements with instructors for catching up on class work they miss.

Students who are seen at the University Health Service (UHS) for an illness or injury can ask for documentation that verifies the date of the students' visit(s) to UHS without mention of the reason for the visit. If the UHS determines the students should curtail activities in the coming days or weeks, the provider will give the students written instructions with specific recommendations.

Students who are absent from class due to illness, family emergency, or other circumstances, are encouraged to contact the College Center for Advising Services if they need assistance in communicating with their professors or making up the work that they miss.

## Course Definition

The ordinary unit of undergraduate instruction is the course. Many courses numbered between 100 and 399 carry the equivalent of four hours of credit. Every four-hour course requires approximately one-fourth of the students' working time for one term. Restrictions concerning prerequisites and approval required are noted in each semester's schedule of courses and must be observed carefully. In some cases, special forms are required and may be obtained at the Academic Services Counter at 312 Lattimore.

## Credit Hour Policy

The ordinary unit of undergraduate instruction in the College is the course, which is defined as consisting of a coherent body of academic material requiring approximately 25% of the working time of the student during one term. Lecture and discussion courses normally meet for three fifty-minute or two seventy-five-minute periods each week with the equivalent of a fourth period being made up of enriched independent study, lecture, or discussion. Laboratory courses ordinarily involve four fifty-minute class periods or their equivalent in laboratory sessions each week. For purposes of recording, computing grade averages, and reporting to the State Education Department, each course shall normally be assigned four hours of credit. This definition shall ordinarily apply to all courses in the College numbered between 100 and 399.

1.  Partial-credit courses, with the exceptions noted below, may be used to meet degree requirements. These two-credit courses may last for one-half of a semester, or take one-half of the usual course time but last the entire semester. (Partial courses may also carry one credit hour.)

2.  Students not majoring in Music shall be permitted to submit for degree credit no more than 16 credits of Applied Music, and no more than 8 credits of vocal or instrumental ensemble on the River Campus. All courses listed in the Undergraduate Bulletin as being taught at the Eastman School shall be awarded credit according to the system used at the Eastman School of Music.

3.  Work in Naval Science courses may be credited toward the fulfillment of the requirements of the B.A. or B.S. degree to the maximum extent of five academic courses.

4.  A student who passes a course by independent study without registering for it, and who passes an examination in that course, may receive degree credit for it upon petition to the Administrative Committee.

5.  No more than three courses in a major or two courses in a minor may be used toward a separate major or minor. Allied field courses used to fulfill the requirements of the major are included in the set of courses subject to this restriction. However, prerequisite courses required for the major and non-departmental ancillary course requirements (such as chemistry for biology majors) are not subject to this restriction.

## Enrollment Policy

The normal academic load is 16 credits per semester allowing students to complete 128 credits in eight semesters. To ensure that students get the full benefit of the residential college experience, students are expected to maintain full-time enrollment (i.e. registering for at least 12 credit hours) during the fall or spring semester for no less than seven semesters. (See table below for policy concerning transfer students.)

Semesters spent on UR study abroad academic year programs that permit continuation of UR financial aid are considered the equivalent of full-time semesters in residence. When the College has contracted for the provision of courses taken elsewhere (e.g. the Rochester Area Colleges Inter-Institutional

Agreement), the Dean may waive the transfer credit limit.

Summer and transfer credit (including online courses taken elsewhere), credit for Advanced Placement and International Baccalaureate exams, as well as overload credits earned over the standard 16 per semester, may be applied to meet College requirements. However, the total credit from these sources cannot be used to accelerate by more than one semester.

| Transfer students admitted as: | need to maintain full-time enrollment for: |
|---|---|
| 1-7 credits | seven semesters |
| 8-23 credits | six semesters |
| 24-39 credits | five semesters |
| 40-55 credits | four semesters |
| 56-71 credits | four semesters |

## Grading System

The undergraduate grading system for the College is as follows:*

| Letter Grade | Performance Level | Grade Points |
|---|---|---|
| A | Excellent | 4.0 |
| A– | | 3.7 |
| B+ | | 3.3 |
| B | Above Average | 3.0 |
| B– | | 2.7 |
| C+ | | 2.3 |
| C | Minimum Satisfactory Grade | 2.0 |
| C– | | 1.7 |
| D+ | | 1.3 |
| D | | 1.0 |
| D– | Minimum Passing Grade | 0.7 |
| E | Failure | 0.0 |
| XE | Failure (academic dishonesty) | 0.0 |

*The Hajim School of Engineering and Applied Sciences does not give the grades of D+ and D-.

**Grades which carry no grade points:**

**I**—Incomplete
**W**—Withdraw without effect on the grade point average
**P**—Pass (mandatory grading system in certain courses)
**S**—Satisfactory (Satisfactory-Fail option)
**F**—Failure (Satisfactory-Fail option)
**XF**—Failure (academic dishonesty in course with mandatory grading system)

Additionally, in the College, if the instructor in any course regards the written work of the students as deficient by reason of expository style, the grade will be so flagged on the final grade roster. This flag will not become part of the students' permanent records.

### Dean's List

Following the close of the fall and spring semesters, a list is issued of those students whose academic achievement warrants notation on the Dean's List.

An overall semester grade point average of 3.4 and completion of 16 or more credit hours, at least 12 of which have normal letter grades (A through E), with no "I" or "N" grades, are required for students to be named to the Dean's List. (Seniors and students classified as Take Five or e5 need to complete successfully 12 or more credit hours with normal letter grades and no "I" or "N" grades.)

Part-time students can be named to the Dean's List by achieving a 3.4 grade point average in the immediately preceding semester if they have also completed 16 credit hours with a grade point average of 3.4 during the preceding 24 months (including summer grades). At least 12 of the 16 hours must be completed with normal letter grades, and the students must have no outstanding "I" or "N" grades.

## Probation and Separation

The College regularly reviews the academic progress of registered students and acts to place on probation or separate those not meeting these standards:

- An overall (or cumulative) grade-point standing for all semesters completed of at least 2.0

- A grade point average for the latest semester of at least 2.0

- Acceptance into a major before achieving junior standing and, once accepted, a grade point average of at least 2.0 in the courses submitted for the major.

Usually, the College warns students of impending difficulty by placing them on probation for a semester before considering separation. Students on probation are assigned to work with an advisor in the College Center for Advising Services and encouraged to seek advising, tutoring and counseling assistance. Their undergraduate and major advisors are notified of students' academic difficulties, as are the Department of Athletics and Recreation, the Director of Minority Student Affairs, the International Services Office, NROTC, HEOP, and the McNair/Kearns programs, when appropriate. The parents of all students except those who are 21 years of age or older or who have declared independence from their parents are also notified. Any student whose enrollment is continued will be considered in good academic standing.

The students' dean can be asked to review actions on separation. Any request must be made in writing. Reviews are granted only when pertinent new evidence is presented.

Financial aid for students on probationary status is subject to adjustment. Federal and New York state aid recipients must meet standards of satisfactory academic progress in order to remain eligible for these awards. Additional information about these standards is available from the Financial Aid Office.

## Grade Reports

Students may view their grades online through UR ACCESS*plus* at any time. Information available to students includes courses taken, grades received, credit hours earned, and semester and cumulative grade point averages.

For University policy regarding reports to parents, see University Records.

## Academic Transcripts

Official academic transcripts, which include a record of the students' entire undergraduate program, are issued by the registrar's office to other institutions or prospective employers at the students' written request. The University reserves the right to withhold academic transcripts in the event of an outstanding balance owed the University.

## Bachelor's Degree Cum Laude, Magna Cum Laude, and Summa Cum Laude

The College recognizes outstanding College-wide achievement of its students by awarding these degrees. The dean assigns the levels of award, based on criteria established by the Steering Committee of the Faculty Council.

## Bachelor's Degree with Distinction, High Distinction, and Highest Distinction

The College recognizes quality of performance in a major by awarding the degree with "distinction," "high distinction," or "highest distinction." Each department establishes its own criteria for the varying levels of distinction subject to the approval of the College Curriculum Committee and the Steering Committee of the Faculty Council.

## Bachelor's Degree with Honors

Certain departments in the College offer programs of study leading to the degree "with honors in research." An honors program requires students to complete a minimum of 12 credit hours in courses designated by the department as "honors courses." These courses must include at least one advanced course or seminar in the course or courses in which the senior thesis or research project is completed. Specific course requirements for each major may be found in the appropriate departmental section in this bulletin.

## Program of Courses

A normal schedule for regularly enrolled students in the College is four 4-credit courses per semester. This permits completion of the 32 courses (128 credit hours) required for graduation in eight semesters. Full-time students are expected to take four years for the degree. A few accelerate. Others occasionally find it necessary to make up work during the summer. Taking extra credits is not considered a means of speeding up the timetable for attaining a degree, but rather a means for enriching an academic program. Only students with a

"B" average or better in one semester, with no "I" or "N" grades, are permitted to take more than 19 credit hours during the next semester. This is referred to as an "overload." Students who wish to register for six full courses, or 24 or more credit hours, are required to petition and must have earned a 3.4 grade point average or higher the previous semester.  First-year students in their first semester are not permitted to take more than 3 credit hours over their four regular courses. For full-time students, fewer than 14 credit hours is termed an "underload," and enrollment in at least 12 credit hours is required. Both overload and underload programs must be approved by the students' dean, normally through the College Center for Advising Services.

The enrollment policy in effect for students admitted prior to the fall of 2013 stipulates that if credits in excess of the normal 16 credit hour course load are used for the purpose of accelerated graduation or completion of graduation requirements, a retroactive tuition adjustment will be assessed for those credits that count towards degree requirements. The assessment is generally made in the students' final semester. Additional financial aid resources are not available.

See Enrollment Policy for more information.

## College Course Numbering System

| | |
|---|---|
| **001–099** | Noncredit courses* |
| **100–199** | Introductory courses—usually at the first- and second-year level; no graduate credit |
| **200–299** | Courses at the third- and fourth-year level that may also carry graduate credit |
| **300** | Study abroad |
| **301–399** | Experimental courses, independent courses, courses toward degree with distinction or honors |
| **400–489** | Graduate courses at the master's level or the first year of graduate study; open to undergraduates by special permission |
| **490–499** | Master-level reading or research courses |
| **500–589** | Advanced or specialized graduate courses—usually at the doctoral level |
| **590–599** | Doctoral-level reading or research courses |

*Noncredit course fees:* All persons attending noncredit courses must pay fees as announced for these courses. If they are organized outside the normal academic framework, noncredit courses may not be covered by the usual blanket undergraduate full-time tuition.

## Registration

Entering students register for their courses during Orientation, which is scheduled during the week prior to the start of classes. Returning students who have received financial clearance from the bursar may register online during regular registration periods. A person is not considered a student until registered.

Students who have not received financial clearance before the registration periods will forfeit their priority for course selection and lose the opportunity to participate in the room drawing procedure for on-campus housing.

In cases where students settle their accounts after the registration period, the bursar's office will notify the registrar's office that the students are cleared for registration. Cleared students may then register and apply for on-campus housing. Should accounts remain unsettled at the end of the term, the bursar's office will refer such cases to the dean of the students' college for withdrawal for financial reasons.

## Student Conduct

Students are expected to abide by the rules of the University and its faculties and to conduct themselves in accordance with accepted standards of good citizenship, honesty, and propriety, and with proper regard for the rights of others. The Standards of Student Conduct, which also includes discipline processes and policies, along with policies on academic misconduct can be obtained from the Deans' offices at the College, Eastman School of Music, and School of Nursing.

## University Records

The University policy on student records is available to students and their parents through the Office of the University Registrar.

## Reports to Parents

Federal law permits the University to disclose education records to parents of dependent students. It is the policy of the University to consider all matriculated undergraduate students dependent until the age of 21 unless they formally declare their independence, either at the time of enrollment or subsequently through

application to the dean's office of their college. The University and Eastman School registrars will release grade information to parents when permitted by law, unless the student objects and/or disclosure would not be in the student's best interest in the judgment of the College. The College and the Eastman School of Music will generally honor written (not email), signed requests by students to release their grades to parents or other persons specified. Signed, written (not email) grade requests by parents of undergraduates will also generally be honored; however, the College may deny a request if the student objects or if the dean decides that disclosure is not in the student's best interest or if the student cannot be claimed as a dependent.

Unless otherwise directed, reports concerning dependent students will be sent to the parent(s) or guardian(s) at the address designated on the registration materials at the time of enrollment.

If divorced or separated parents wish to receive individual mailings, the student should so advise the registrar's office (College and School of Nursing students, Office of the University Registrar; Eastman School students, the Eastman School Registrar).

Notification of a change of address, or of a change in the designation of the parent who is to receive University mailings, should be made by the student to the appropriate registrar's office.

### Transferring within the University

First-year students are admitted directly into the College either to pursue a major in arts and sciences or in engineering and applied sciences and may freely change majors within these areas, provided they have completed, or can schedule, the appropriate prerequisites.

Students considering changing majors should seek assistance from their undergraduate advisors and advisors in the College Center for Advising Services to help ensure that their first-year courses both explore potential majors and prepare them for each one which might be chosen.

### Transferring into the Hajim School

Students with engineering or computer science interests may transfer into the Hajim School of Engineering and Applied Sciences from other institutions. If they have had the equivalent of the first two years of science, mathematics, and pre-engineering, such students may enter the school directly and complete

their degree requirements in an additional two years. Otherwise, students may transfer into the Hajim School of Engineering and Applied Sciences at the University of Rochester at any time, but may find it necessary to satisfy those prerequisites they may be lacking. Course equivalency and credit are determined on a case by-case basis.

## Academic Procedures

Full-time students are subject to the following regulations. Part-time students should check with their college of enrollment for any variations in regulations.

### Adjustment of Charges

Students who voluntarily or involuntarily withdraw, or take a leave of absence during the term will receive a refund of tuition according to University policy. For more information about these types of actions, please go to the refund section of the Registrar's policy page. The period for tuition adjustment will be measured from the beginning of classes to the effective date of the change determined by the appropriate academic dean's office.

For students who change from full time to part time, tuition and fees will be adjusted according to the tuition and fee schedule posted on the Bursar website.

For students withdrawing or declaring a leave of absence for medical reasons, the refund percentage will be determined after consultation with University Health Service and the appropriate academic dean's office.

### Adjustment of Financial Aid

Financial aid is based upon the total cost of attendance at the University of Rochester. Adjustments to the cost of attendance due to a change of enrollment status (withdrawal or inactive) could potentially result in a reduction of previously awarded financial aid. The Financial Aid Office will determine the reduction in aid after the date of the change in status has been verified by the dean. Federal regulations require that this calculation be completed within 45 days of notification of the change of status.

Inactive students studying at another institution are not eligible for University funding. A Consortium/ Contractual Agreement may allow students to receive a Federal Direct Loan, Federal Pell Grant, and, if attending another New York school, TAP funding. Students must have already completed their application

for financial aid and a Consortium/Contractual Agreement before requesting their federal and state funding to be applied to another school's charges.

## Course Changes

Students register for their courses online during registration or at orientation. Can change their programs and withdraw from a course, add a course, or drop one course and substitute another after their initial registration. These changes are made online or on a drop-add form that can be obtained from the College Center for Advising Services until the deadline for the particular action, listed below.

Students in the College can add independent study courses through the third week, and other courses through the fourth week, with the instructor's written approval. Generally adding a course after the second week of the semester is discouraged unless a student is already attending.  It should also be noted that there is no guarantee that a request to add a course in the third or fourth week of the semester will be approved; the final decision is up to the faculty member.

Students can drop courses and have them deleted from the record through the fourth week. Students may withdraw from courses through the last day of the eleventh week of the semester.

First-year and sophomores who have not been formally accepted into a major, need to have every add, drop, or withdrawal action authorized by their undergraduate advisor. Courses where the student has withdrawn from will appear on their transcripts with the grade of "W." The advising record will show the week that the course was withdrawn.

Students in the Hajim School of Engineering and Applied Sciences may add and/or drop a course during the first four weeks of each semester. The permission of the faculty advisor and the student's academic department are required for add and drop transactions.   The additional policies noted above also apply to students in the Hajim School.

For all students, course changes can be made only if the deadlines are met, if the instructors of the added courses approve, and if the change meets the provisions outlined earlier for overload or underload schedules.

## Determination of Student Status

The University retains the right to determine the students' status within the University. The University has discretionary powers to maintain students'

enrollment, to grant academic grades, to authorize graduation, or to confer any degrees or grant any certificates. Students concede to the University the right to require the students' withdrawal at any time for any valid reason, including failure to pay the term bill.

## Incompletes

A grade of "I" should be given only when there are circumstances beyond the students' control, such as illness or personal emergency, that prevented the students from finishing the coursework on time. Under no circumstances may the "I" be given for the following situations:

- Students who wish to do additional work after the course deadline to improve a grade

- Students who wish to redo the coursework in a subsequent semester to improve the current grade.

A form requesting a grade of "Incomplete," indicating the work outstanding and the deadline for its completion, must be signed by both the students and the instructor and submitted to the College Center for Advising Services. There is a one-semester limit for completion of the course, unless the College permits an extension. (Extensions are routinely granted when students are expected to complete their work by attending the course the next time it is offered, if the course is taught only once a year.)

Once a final grade has been submitted, whether passing or failing, the grade of "I" will be removed from the transcript. The grade of "I," however, continues to appear on the advising record. The instructor may request a waiver of the recording of the "I" on the advising record when the lateness was created by circumstances unrelated to the students, such as equipment failure in a laboratory.

The students' failure to submit the form or to complete the work by the deadline will result in an "E" for the course, unless the instructor noted on the form that a different grade should be assigned. The dean of the College shall inform the student of an impending action to change the "I" grade before notifying the registrar.

## Repeating a Course

There are times when students wish to demonstrate on their official record that they understand the material better than their grades indicate. Many complex issues are often involved, and students need to be sure that they have considered all of their options before making

their decision to repeat a course. For these reasons, students who want to repeat a course need to secure the dean's approval by meeting with a professional advisor in the College Center for Advising Services. When a course is repeated at Rochester for a grade, both course registrations and both grades appear on the transcript, but only the second (not necessarily the better) grade is used to calculate the grade point average. Credit may be earned for a course only once.

The faculty of the College approved a modification of the repeat course policy that was implemented in the Spring of 2015. The new policy applies to courses taken for the first time in Fall 2014 or later.

The new faculty policy states that approval to repeat the course will not be granted if the course was taken for the first time in Fall 2014 or later and passed with a satisfactory grade (i.e., "C" or better). However, students who earn an unsatisfactory grade (i.e., C-, D+, D, D-, or E) in a course that they complete in Fall 2014 or later may repeat that course for a grade as long as Dean's approval is secured.

## Satisfactory-Fail Option

Matriculated undergraduate students in the College can elect to take one course per semester, with up to a maximum of eight courses, as satisfactory (S) or fail (F). The grades "S" and "F" do not affect the cumulative grade point average. While students can elect this option for almost any course, it should be noted that courses with a grade of "S" or "F" cannot be used to fulfill College, major, minor, or cluster requirements.

Instructors assign and submit regular letter grades for students choosing this option, as they are not informed which students have elected the option. The registrar records "S" for letter grades "A" through "D–" or "F" for the letter grade "E" on the students' permanent record, retaining the letter grades "A" through "E" on file. Students who are interested in conveying maximum information on the transcript to professional and graduate schools should speak to an advisor prior to electing the option.

Students can declare the option by using the online form through the eleventh week of classes (the same deadline as for withdrawing from courses), and except for first-semester students and transfer students in their first semester who may change or declare the option through the thirteen week of the semester.

The option may not be changed except under certain circumstances. The option is not available in summer.

Once notified of charges of academic dishonesty, a student cannot declare the S/F option. The Board on Academic Honesty may revoke a previously declared S/F as part of a penalty imposed through the established hearing procedure.

Students who declare the S/F option, and later wish to use that course to fulfill a College, major, minor or cluster requirement, may petition the supervisor of academic records in the College Center for Advising Services (CCAS) to uncover the grade for that course. Additionally, students can petition in their senior year to uncover all of their "S" grades. Petition forms are available on the CCAS website.

Students who are planning to get degrees from the Hajim School of Engineering and Applied Sciences should note that courses taken with the satisfactory-fail option may not be used to fulfill department requirements or cluster courses. These courses may be used to fulfill additional humanities or social sciences requirements or for free electives for an engineering degree. Otherwise, only courses taken beyond those required for a degree may be taken with the option.

## Student Complaint Procedure

Both informal and formal procedures exist to resolve student complaints involving harassment, discrimination, and other issues. Information about such procedures can be obtained from the deans' offices of the College, the Eastman School of Music, and the School of Nursing; from the University Intercessors; or by contacting the University's Title IX Coordinator and Director of University Student Services Coordination at 20 Taylor Hall, (585) 275-7814.

## Student Petitions

The faculty of the College establishes all degree requirements. The faculty recognizes that there are instances in which interpretations are required and exceptions should be made. The Administrative Committee, comprising both faculty and students, reviews requests for exceptions to faculty regulations.

Students seeking exceptions to regulations submit a petition to the Administrative Committee. The petition form is available online at the College Center for Advising Services website. It is an advantage to the student to discuss the content of the petition with a faculty member or academic advisor before submitting

the petition. Students are informed in writing of the Committee's action.

### Withdrawal and Leave of Absence Status

Students who contemplate withdrawal from the University should consult an advisor in the College Center for Advising Services or their school's dean's office.

Students wishing to spend a semester or more away from the University to work, to travel, or to study at another institution may apply for "leave of absence" status in the College Center for Advising Services or their school's dean's office. Students who study abroad and want to transfer credit cannot be on leave of absence and instead should declare study abroad status. Those students who are placed on leave of absence pay a nominal fee each semester. Housing priority is assigned in accordance with their classification.

Students holding residence hall contracts who withdraw or are withdrawn from the University for any reason should be aware that their residence hall contracts are automatically canceled upon receipt of a withdrawal notice from the appropriate advising offices. Withdrawn students have no further claim to their assigned space.

Students who are officially reinstated and who wish to live in the residence halls must submit a new contract, and they are placed on a space-available basis. These conditions also apply to students on study abroad or in internship programs, and students going on leave of absence status who change their plans and request reinstatement for the semester in which they originally had intended to be away.

Students who withdraw from all of their courses, change their status from full time to part time, or declare a leave of absence once the semester is underway, are encouraged to discuss their plans with a financial aid counselor and consult the University's published refund schedule.

## Admissions

### Undergraduate Admission

The University of Rochester welcomes self-directed students who demand the freedom to study what they love. These students appreciate the opportunities available through a major research university, yet want the personalization of a smaller school.

Undergraduates are admitted as first years or as transfer students for full-time or part-time study. To obtain additional information, download application forms, and to schedule campus visits and interviews, visit the undergraduate admissions website or contact the Office of Admissions at University of Rochester, Office of Admissions, PO Box 270251, Rochester, NY 14627-0251, or by calling (585) 275-3221.

Individual attention is given to each student from the time he or she first becomes interested in the University. A staff of counselors advises applicants and reviews applications. Admission decisions are based on a student's high school work, recommendations from instructors, counselors, and family, participation and leadership in school and community life, verbal and analytical skills, outstanding achievements and talents, unique contributions to the residential college environment, and for transfer students, college coursework already completed.

Admissions interviews are recommended for prospective students. Applicants to the University should schedule an interview with an admissions counselor or alumni volunteer by visiting the undergraduate admissions website.

### Recommended Preparation for Admission

The University does not expect a specific minimum for high school or college grades or test scores. Students who can grow and learn through Rochester's academic programs and opportunities do not fit one particular mold, and grades and test scores are not the only indicators of potential success. The Office of Admissions also has a test-flexible policy, accepting numerous standardized tests in lieu of the SAT and ACT. Therefore, students are evaluated in terms of their individual accomplishments.

Rochester requires a secondary school report with recommendation(s) and a transcript showing commitment and achievement. Most applicants complete at least 32 semester units in academic coursework, chiefly English, mathematics, social sciences, laboratory sciences, and foreign languages. Honors, Advanced Placement, or International Baccalaureate courses are expected of students in secondary schools offering these programs.

Current licensure as a registered nurse or a prior baccalaureate degree in a non-nursing field is an admission requirement for all School of Nursing programs.

## Visits to the University

The Office of Admissions welcomes families for information sessions, interviews, and campus tours on most weekdays throughout the year, including many holidays. Some weekend options are offered.

Prospective students and their families who visit campus find their interactions with counselors, current students, and faculty to be a deciding factor in applying to and ultimately enrolling at Rochester. Admissions can arrange overnight accommodations on campus for prospective students. Requests to visit campus or to stay overnight should be made at least two weeks in advance.

Students with questions concerning academic departments, student life, or extracurricular activities may contact Admissions at admit@admissions.rochester.edu. Applicants who cannot travel to Rochester may wish to attend an interviewing event or speak with an alumni representative in their area.

For information on visiting the School of Nursing, please contact the school's Student Affairs Office.

## Travel Information

Rochester is served by many major airlines. The campus can be reached by taxicab from the Greater Rochester International Airport in approximately 10 minutes. The Greyhound and Trailways bus terminal is within walking distance of East Main Street, where Regional Transit Service Bus No. 19 or a taxi may be taken to the River Campus. Amtrak trains also provide transportation to Rochester.

The University's main campus, the River Campus, is located on Wilson Boulevard at Elmwood Avenue.

## Applying to Rochester

The University of Rochester employs a holistic application review process to identify curious, capable and engaged students from across the globe. We seek to understand each applicant's academic ability, extracurricular engagement, and ethical character in order to determine their ability to improve both their campus and the world around them. We are a diverse institution that values equality of opportunity and honest, respectful examination of ideas. We seek young leaders who will celebrate and protect the values of our University and join us in making the world ever better.

The following materials are required before the application can be reviewed:

- Common application or coalition for college application
- Official high school transcript
- Teacher recommendation
- School report/counselor recommendation
- Mid-year grade report

## Testing Policy

The Office of Admissions supervises a holistic review process that incorporates a variety of factors, including many kinds of academic records, including standardized tests. Because secondary school courses, grading practices, and standards vary, applicants must show additional evidence of preparation through standardized national and international examination results. As we seek to enroll a diverse and talented class each year, our review procedures allow for students to demonstrate readiness through a test-flexible policy.

See admission's test policy page for more information.

## Early Decision

Students who decide that Rochester is their first-choice college may apply early decision.The deadline to apply as an early decision candidate is November 1.

If admitted, early decision candidates agree to withdraw all other applications and enroll at the University of Rochester by the enrollment reply deadline indicated on their admission letter. By that date, students who accept the offer of admission should submit a non-refundable enrollment deposit of $800.The deposit is deducted from the fist tuition bill after the start of classes.

It's important to note that the deadline to submit any financial aid applications/documents for students applying under early decision is December 1.

## Regular Decision

The fall semester regular decision application deadline is January 5 (spring semester regular decision deadline is October 1). Applicants interested in being considered for all of the University scholarships should apply by December 1. Students who submit their applications and supporting documents by the application deadline will be notified of their admissions decision by April 1.

All regular decision applicants have until May 1 to reply to accept the University's offer of admission. By that date, students who accept the offer of admission should submit a non-refundable enrollment deposit of $800.00. The deposit is deducted from the fist tuition bill after the start of classes.

Admission decision times for the School of Nursing vary by program.

## Merit Awards

Merit-based scholarships are invested, without regard for a student's/family's financial circumstances and are provided to students based on demonstrated outstanding academic achievement and potential.

Applicants to the University of Rochester are considered for merit scholarships when they apply for admissions to the College (School of Arts and Sciences, Edmund A. Hajim School of Engineering and Applied Sciences). Some scholarships require applicants to submit additional documents.

More information about our merit-based scholarships can be found online on admission's merit scholarship page.

## Engineering and Applied Sciences

Prospective students interested in exploring any of the degree programs in engineering and applied sciences should indicate this interest on their applications. Because of the structured programs that are typical in engineering and applied sciences, it is essential for prospective engineering majors to consult with faculty in choosing courses and sequences. These students are assigned faculty advisors from the Edmund A. Hajim School of Engineering and Applied Sciences at the beginning of their first year.

## Applying to a Degree Program in Music

There are two kinds of bachelor's degree programs in music at the University and, hence, two different application procedures. The College offers, in cooperation with the Eastman School of Music, the bachelor of arts (BA) degree with a major in music. This liberal arts program, based on the River Campus, includes a combination of academic study, private instruction, and ensemble experience. Although the major is a demanding one (students usually take between one-third and one-half of their courses in music), many music majors also explore beyond the introductory level in one or more nonmusic disciplines, sometimes as a double major. Private instruction

on instruments and voice is available to all College students who have sufficient musical preparation to earn collegiate credit for lessons. The required auditions for lessons are arranged through the College music department, 1-339 Dewey Hall, (585) 275-2828.

The University's Eastman School of Music offers the bachelor of music (BM) degree with majors in applied music, jazz studies and contemporary media (performance and writing skills), music composition, music theory, music education, and musical arts. Students in these majors pursue intensive studies in music performance and academic music subjects comprising approximately three-fourths of the program with the remainder devoted to study in the humanities as well as elective courses. Admission is by audition and is highly selective. The Eastman School is located in downtown Rochester and Eastman students are housed in the Student Living Center across the street from the school. Information on how to apply for a Bachelor of Music degree at the Eastman School of Music is available on the Eastman admissions page. The application deadline for the Eastman School of Music is December 1.

## Undergraduate Dual Degree Study

A dual degree program, offering study toward the BA or BS degree from the College (School of Arts and Sciences, Hajim School of Engineering and Applied Sciences) in addition to the BM degree from the Eastman School of Music, is available to qualified applicants. The fact that Eastman is a professional school within the University of Rochester makes such combined degree programs possible. Interested students must complete two separate application processes. Admission to the College and Eastman may be based on different criteria and require different application deadlines. Financial aid at the two schools is based on different criteria and policies. This autonomy of admission processes gives each school the latitude to enroll its ideal students.

Once applicants are successfully admitted to Eastman and to the College, they are considered dual degree students of the University. Advisors on each campus are assigned to these students to coordinate the two degree programs.

## School of Nursing

All students admitted to the School of Nursing must hold current licensure as a registered nurse or have a prior baccalaureate degree in a non-nursing field.

The School of Nursing has articulation agreements with area community colleges for students who need a basic program to become licensed as a registered nurse; the baccalaureate coursework is then completed at the University of Rochester. There are also early acceptance agreements for the Accelerated Program with several colleges and a Dual Degree in Nursing ("7+3" semesters) early acceptance agreements for incoming first-year students.

Applicants should contact the Office of Student Affairs at (585) 275-2375 or visit the School of Nursing website for program deadlines and further information.

## Accelerated Programs for Non-Nurses

The one calendar-year Accelerated Bachelor's Program for Non-Nurses (ABPNN) and three-year Accelerated Master's Program for Non-Nurses (AMPNN) require a prior BA or BS in a non-nursing field, transcripts, a 3.0 GPA preferred, two letters of reference, a professional statement, current resume, and students may be invited for an interview as part of the admissions process. Anatomy and physiology, microbiology, developmental psychology, nutrition, and statistics (minimum grade of C for all) are prerequisite to the program.

At the completion of the one-year accelerated curriculum, the bachelor of science degree is awarded and students are eligible for professional registered nurse licensing examinations. A minimum of 49 credits must be completed through the University of Rochester School of Nursing for the ABPNN. The Accelerated Master's Program provides education for advanced practice nursing roles and awards both the BS and MS degrees. Students are eligible for professional registered licensing examinations and nurse practitioner certification. Students are accepted to a nurse practitioner specialty upon admission to the AMPNN program.

## RN to BS Program

For the RN to BS Program (baccalaureate completion program for registered nurses from an associate's or diploma program), a 3.0 GPA is preferred. Nursing license/registration is required. Transcripts and one letter of support are also required. Current resume is preferred.

## RN to BS to MS Program

The RN to BS to MS program is an accelerated program for select registered nurses with defined career goals who desire a master's degree. Applicants have the

same admission requirements as master's applicants, with the exception of a BS in nursing: RN licensure/registration, two favorable references, a professional statement, a writing sample, current resume, and a statistics course (grade C or above). Applicants must declare a specialty area. An interview is required.

The BS degree is 128 credits. All arts and sciences courses may be transferred in, or challenge examinations are possible. Upon matriculation, 32 nursing credits are awarded automatically for completion of a prior accredited diploma or associate degree nursing program. A minimum of 32 credits must be completed through the University of Rochester School of Nursing.

## Professional Degree Programs

Combined Degree Programs provide special opportunities for students interested in completing both a bachelor's and a master's degree, or two bachelor's degrees.

## Rochester Early Medical Scholars (REMS)

The REMS program is an eight-year bachelor's of arts or bachelor's of science and MD program from the University of Rochester School of Medicine and Dentistry. Students enrolled in the program enter the University of Rochester with an assurance of admission to the University of Rochester School of Medicine and Dentistry when they successfully complete their undergraduate degree programs, including GPA and premedical requirements. Students admitted to the program are not required to provide MCAT scores. REMS students work closely with faculty mentors and participate in special seminars and events, and gain hands-on experiences in clinics and labs.

## Graduate Engineering at Rochester (GEAR)

The GEAR program is a five-year bachelor's of science and master's of science program from the Hajim School of Engineering and Applied Sciences. GEAR students enter the University with an assurance of admission to one of nine master's programs within the Hajim School of Engineering and Applied Sciences.

Students admitted to the program are not required to provide GRE or GMAT scores and will serve as a teaching assistant during the final year of study, which will pay for 50% of tuition.

## Guaranteed Rochester Accelerated Degree Program (GRADE)

The GRADE program is a five-year bachelor's of arts or sciences and master's of education program for students interested in becoming educators. GRADE students enter the University with an assurance of admission to the Margaret Warner Graduate School of Education and Human Development with the Steven Harrison Scholarship, which covers one-third of tuition for all five years of study.

## Health and Epidemiology Advanced Learning (HEAL) Program

The HEAL program is a five-year program leading to a bachelor's of arts in epidemiology or bachelor's of science in environmental health and a master's of science in epidemiology offered through the Department of Public Health Sciences in the School of Medicine and Dentistry. Students admitted to the program are not required to provide GRE exam scores.

Students are advised by designated faculty and have access to premier research facilities as both an undergraduate and graduate student.

## Dual Degree Programs

Dual Degree Programs, as part of Rochester's Professional Degree Programs, combine a bachelor's degree with a second bachelor's degree in music or nursing.

For more information about these programs, visit the professional degree programs page.

## Dual Degree in Nursing (DDN)

The Dual Degree in Nursing (DDN) program at the University of Rochester is a four-and-a-half, ten semester program which combines the resources of Arts, Sciences and Engineering (AS&E) and the School of Nursing. It allows incoming first years to complete both a bachelor of arts or sciences at AS&E, and a bachelor of science in nursing at the School of Nursing. This program requires students to apply separately to AS&E and the School of Nursing.

## Dual Degree with Eastman (DDE)

The University of Rochester's Dual Degree at Eastman (DDE) program allows qualified students combine their artistic and academic interests into a five-year program, in which students are enrolled equally within Arts, Sciences, and Engineering (AS&E) and the Eastman School of Music; resulting in a bachelor of arts or sciences and a bachelor of music degrees. This program requires students to apply separately to (AS&E) and the world-renowned Eastman School of Music.

## International Students

The University of Rochester values the diversity of a global campus and encourages international students to apply. International applicants are required to submit the same application materials and take the same entrance tests as US citizens, but will also need to provide proof of financial support and English language proficiency.

At the University of Rochester, admission to Arts, Sciences and Engineering is based on a holistic review process that includes a "test-flexible" philosophy. As we seek to enroll a diverse and talented class each year, our review procedures incorporate a variety of factors, including many kinds of academic records. In addition to submitting a record of courses and grades during secondary school, applicants must show evidence of preparation through examination results.

A wide variety of test results can fulfill this requirement, including:

- SAT reasoning exams
- ACT
- SAT subject exams (two or more results)
- Advanced Placement
- International Baccalaureate
- AS- and A-level exams (in UK and Commonwealth countries); Gao Kao (China); results from many other national secondary exams

Standardized test results may appear on high school transcripts, but scores must be sent directly from the testing agency to be considered official. Please note that for International Baccalaureate (IB), submission of test results should come as a signed and dated letter of predicted IB scores from the IBO coordinator on campus. Admission offers made based on predicted IB and A-level results may be revoked in summer if the final results are not a close match for the predicted values.

If your native language is not English and you completed your secondary or higher education in a non-native English speaking country, you must take a test of English language proficiency. In some instances, admission to the University will be contingent upon participation in the University's English for Academic Purposes (EAP) Program. Applicants to the University can choose one of three language proficiency examinations to submit to the Office of Admissions: the TOEFL, the IELTS, or the PTE Academic. To have ETS send your TOEFL results to the University of Rochester, use school code 2928.

If you meet one or more of the following criteria, you may request a waiver of the English proficiency examination requirement by emailing the Office of Admissions.

- You are a native speaker of English in your home environment.

- You completed three or more years of secondary education at an American or International School where English is the primary language of instruction.

- You are a transfer applicant who has completed a year or more of college-level courses taught in the United States, including at least one writing-intensive course.

The University offers merit-based scholarships annually to highly qualified applicants. In some cases, the University will work with students and their families to identify additional financial resources to make it possible for the student to attend.

## College Credit for Prior Coursework

The University prefers that its entering first years take all their courses from Rochester faculty. With the exception of Advanced Placement and International Baccalaureate work, the University normally does not grant college credit for secondary school coursework nor for courses taught in a secondary school by its own faculty for college credit.

Credit may be granted for prior coursework completed with grades of C or better at an accredited college or university. Upon receipt of an official transcript and course descriptions from the college where the student was enrolled, the coursework will be evaluated to determine if it is equivalent to coursework offered through the College at the University of Rochester.

Students wishing to receive credit for such college work, or who are now considering taking college courses elsewhere, should ask the College Center for Advising Services, (585) 275-2354, for advice about credit transfer and/or selection of courses.

For students in the School of Nursing, course transfer questions should be directed to the Office of Student Affairs, (585) 275-2375.

## Advanced Placement & International Baccalaureate Credit

Entering students may receive course credit and/or higher-level course placement at Rochester through the CEEB Advanced Placement Program. Advanced Placement score reports must be forwarded to the College from the CEEB. Rochester also awards credit for satisfactory scores on the International Baccalaureate (IB) higher-level examinations.

As soon as these reports are received and reviewed, enrolled students are notified about placement or course credit. This information is used in course selection during orientation.

For questions ask the College Center for Advising Services at (585) 275-2354, or cascas@ur.rochester.edu.

## Transfer Admission

The University of Rochester encourages students who have begun their academic careers at other colleges or universities to continue their educations here on either a full-time or part-time basis. Students who have graduated from high school or earned a high school equivalence and have earned eight or more college credits at a college or university following graduation are eligible to apply for transfer admission.

Students undertaking college-level coursework as part of their high school programs, or in order to satisfy high school diploma requirements, are eligible to enter as first years, although they are welcome to request academic credit for their college work.

## Application Procedure

Transfer students to Arts, Sciences, and Engineering may apply for admission to either the fall or spring semester. The recommended deadline for fall priority consideration is March 15, and October 1 for spring. It is to the student's advantage to complete an application well in advance of the semester for which he or she is applying. This is especially true if the student is

requesting financial aid and/or on-campus housing. Applications are accepted and considered on a rolling basis after the priority application deadline.

The School of Nursing has non-entry level transfer programs. Students must have a prior associate's degree or diploma in nursing and a current RN license *or* a prior non-nursing baccalaureate. Applicants that fit either of these categories should apply directly with the School of Nursing.

## Application Materials

In addition to the transfer Common Application or Coalition for College Application, applicants are required to submit all official college transcripts, and at least one letter of recommendation, preferably from a professor. Applicants who have not completed a year of college are also required to submit high school material.

High school material includes:

- Final high school transcript
- Recommendation from guidance counselor

## International Students

International student applicants who have studied at least a year within the United States are to follow the same application requirements as other applicants.

If an applicant has studied outside the US, they are required to submit all documents listed above (officially translated, if the originals are not in English) and the following:

- Financial documentation
- English language proficiency exam results from Test of English as a Foreign Language (TOEFL), International English Language Testing System (IELTS), or PET Academic

International transfer applicants who have completed a year or more of college work in the US and have taken a college-level writing course may seek a waiver for the English language proficiency. All applicants who are not US permanent residents must also submit an International Financial Support Form or the CSS PROFILE to be considered for admission.

## Academic Review

Each student's application is reviewed holistically using a committee process that entails a comprehensive evaluation of each candidate. Emphasis is placed on the most recent coursework completed at the college level; it is reviewed to determine if students are academically prepared to pursue a degree at the University. After reviewing an application, the Office of Admissions notifies the candidate of the decision.

## Testing Policy

The Office of Admissions supervises a holistic review process that incorporates a variety of factors, including many kinds of academic records, including standardized tests. Because secondary school courses, grading practices, and standards vary, applicants must show additional evidence of preparation through standardized national and international examination results. As we seek to enroll a diverse and talented class each year, our review procedures allow for students to demonstrate readiness through a test-flexible policy.

## Transfer Credit

Courses taken at another college are evaluated individually for transfer credit and placement. Courses that are judged comparable in level and content to coursework offered at Rochester, and completed with grades of C or better, will transfer for curriculum requirements or for elective credit. Admissions offers will include a pre-enrollment Transfer Credit Evaluation.

A maximum of 64 credit hours from a two-year school may transfer to the University of Rochester 128 credit hour minimum for degree completion. Students transferring from a four-year school may transfer with more than 64 credits.

When a transfer student applies to declare a major once enrolled at Rochester, the department will designate which transferable courses may be applied as equivalent courses toward its requirements.

## Residency Requirement

The College requires that students complete a minimum of four semesters of full-time study in residence or, for part-time students, the equivalent number of credit hours to be eligible for the bachelor's degree. Coursework taken at the University prior to admission as a matriculated student does not count toward the residency requirement.

Transfer students are expected to fulfill all curriculum requirements set by the College. The School of Nursing programs for RNs require a minimum of 32 nursing credits taken at the University of Rochester. The School of Nursing Accelerated Programs for Non-Nurses requires a minimum of 49 nursing credits.

## Housing

Rochester welcomes transfer students to join our residential undergraduate community. Enrolled transfers will receive a Residential Life Housing Contract and the Office of Residential Life will provide housing assignments. In recent years, on-campus housing has been very popular and they might not be able to accommodate every transfer student who wants to live on campus. Students will be placed based on available space and will be offered assistance in securing alternative housing.

## Campus Visits

Students who are considering transfer are urged to visit the campus to become familiar with the University community and to obtain answers to their questions about Rochester. Students can schedule campus visits online or call (585) 275-3221. Students may request an advisory opinion of their probable transfer credits and class standing by scheduling an advising appointment and providing copies of their transcripts.

## Financial Aid

Transfer students in need of financial assistance should file the College Scholarship Service's (CSS) PROFILE Application and the Free Application for Federal Student Aid (FAFSA). It is recommended that students requesting financial assistance complete the application at the same time they complete admissions application material.

Transfer applicants should note the University does review all transfer applicants for merit-based scholarships. These scholarships do not take into consideration an applicant's financial need. They are awarded based on a holistic review of an applicant's accomplishments and potential contribution. Scholarship awards may range from $8,000 to $20,000 per year.

For more information about financial aid and merit-based scholarships, applicants should contact the Office of Admissions at (585) 275-3221.

## Readmission

Students who withdraw from the College or are separated for any reason and who wish to re-enter should apply through the College Center for Advising Services. Applications for readmission are reviewed by the dean and other representatives of the College. Students who appear ready to resume their programs are generally approved for readmission, subject to space limitations in departments and residence halls.

Applications for readmission should be filed by June 30 for entry in the fall semester, and by November 15 for entry in the spring.

Readmission to the School of Nursing is handled through the Office of Student Affairs, (585) 275-2375.

## Part-Time and Special Students

Part-time nonmatriculated (nondegree) students have an opportunity to try out various programs of study or just enjoy a class for personal enrichment. However, subsequent matriculation as a regular student, if desired, requires application for transfer admission. For details on registering as a nonmatriculated student, visit the Office of Summer and Continuing Studies website. Matriculated students who wish to change their status from full time to part time, or vice versa, need to inform their dean prior to the first day of classes. Tuition will be adjusted for students who change their time status after classes begin.

For more information about part-time enrollment, please visit the Office of Summer and Continuing Studies in 120 Lattimore Hall, or call (585) 275-2345. Advisement for planning a program of study is available from the College Center for Advising Services in Lattimore Hall. Part-time students are encouraged to email or call for appointments.

The category special student includes those full-time students who want to pursue coursework not leading to a degree, those who wish to complete professional school prerequisites, and "visiting" students currently enrolled in another college who wish to attend the University for only a term or a year. Students who have graduated from college but are considering a career change to medicine may be interested in the Post-baccalaureate Pre-health Program. General pre-professional advising is available to special students planning to complete requirements at the University for admission to medical or dental school, law school, or other graduate and health professions programs in the Greene Career Center. Prospective special students

are welcome to direct their inquiries to the Office of Transfer Admissions at (585) 275-3221.

## Nondiscrimination Statement

The University of Rochester does not discriminate on the basis of age, color, disability, domestic violence victim status, ethnicity, gender identity or expression, genetic information, marital status, military/veteran status, national origin, race, religion/creed, sex, sexual orientation, citizenship status, or any other status protected by law in matters of admissions, employment, housing or services or in the educational programs or activities it operates.

The University complies with all federal and state laws that prohibit discrimination based on the protected categories listed above, including Title IX of the Education Amendments of 1972, which prohibits sex discrimination (including sexual harassment and violence based on sex) in the University's educational programs and activities, and Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination on the basis of disability.

Inquiries concerning the application of Title IX and sex-based complaints should be referred to the University's Title IX Coordinator, Morgan Levy, 20 Taylor Hall, 585-275-7814, Morgan.Levy@rochester.edu. Questions about compliance with Section 504 can be addressed to the University's Disability Compliance Director, 36 Wallis Hall, 275-9125, l.vanslyke@rochester.edu.

Questions regarding the application of Title IX and Section 504 can also be directed to the U.S. Department of Education's Office of Civil Rights (OCR) at its New York office at (646) 428-3800 or its national headquarters at (800) 421-3481; TTY: (800)-877-8339, or www.ed.gov/ocr.

## Family Educational Rights and Privacy Act (FERPA)

The University of Rochester complies fully with the provisions of the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. 1232g. Under FERPA students have, with certain limited exceptions, the right to inspect and review their educational records and to request the amendment of their records to ensure that they are not inaccurate, misleading, or otherwise in violation of the student's privacy or other

rights. Requests to inspect or review records should be addressed to the registrar, or to the appropriate administrator responsible for the record and will be honored within 45 days. Any student questioning the accuracy of any record may state his or her objection in writing to the University administrator responsible for the record, who will notify the student of his or her decision within 45 days of receiving the objection. A student dissatisfied with the administrator's decision may request a hearing pursuant to federal regulations at 34 C.F.R. Part 99. Students concerned with the University's compliance with FERPA have the right to file complaints with the U.S. Department of Education's Family Compliance Office.

FERPA further requires, again with certain limited exceptions, that the student's consent must be obtained before disclosing any personally identifiable information in the student's education records. One such exception is disclosure to parents of dependent students. Another exception is disclosure to school officials with legitimate educational interests, on a "need-to-know" basis, as determined by the administrator responsible for the file. A "school official" includes anyone employed by the University in an administrative, supervisory, academic, research, or support staff position (including law enforcement unit personnel and health staff); any person or company acting on behalf of the University (such as an attorney, auditor, or collection agent); any member of the Board of Trustees or other governance/advisory body; and any student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility. Other exceptions are described in the FERPA statute at 20 U.S.C. 1232g and regulations at 34 C.F.R. Part 99.

The University considers the following to be directory information: name, campus address, e-mail address, home address, telephone number, date and place of birth, academic fields of study, current enrollment (full or part time), dates of attendance, photographs, participation in recognized activities and sports, degrees and awards, weight and height of athletic team members, previous educational agencies or institutions attended, and other similar information. The University may publicize or respond to requests for such information at its discretion. However, the use of the records for commercial or political purposes is prohibited unless approved by the appropriate dean.

Currently enrolled students may request that directory information be withheld from disclosure by making a request, in writing, to the appropriate registrar. The University assumes that failure on the part of the student to specifically request the withholding of any directory information indicates approval of disclosure.

## Observance of Religious Holidays

As provided in New York Education Law Section 224-a, students who choose not to register for classes, attend classes, or take exams on certain days because of their religious beliefs are given an equivalent opportunity to register for classes or to make up the work requirements or exams they miss, without penalties or additional fees. See the religious holidays calendar for a list of the major religious holidays.

## Grade Release Policy

The policy of the College is to release grade information to parents when permitted by law, unless the student objects and/or disclosure would not be in the student's best interest in the judgment of the College.

Federal law (FERPA) generally prohibits a school's disclosure of grades without the student's consent. However, schools may, but are not required to, disclose academic information to parents of students who can be claimed as dependents under federal tax laws.

The College will generally honor written (not e-mail), signed requests by students to release their grades to parents or other persons specified. Signed, written (not e-mail) grade requests by parents of undergraduates will also generally be honored; however, the College may deny a request if the student objects or if the Dean decides that disclosure is not in the student's best interest, or if the student cannot be claimed as a dependent.

# Academics

The College encompasses the School of Arts and Sciences and the Hajim School of Engineering and Applied Sciences, that together enroll the majority of University undergraduate and graduate students. For undergraduates especially, it is a college home at the heart of a nationally respected institution.

The College offers degree programs leading to the Bachelor of Arts and to the Bachelor of Science. In addition, it provides the first three years for students admitted to 3-2 programs offered in conjunction with other schools of the University, and the full course of study for 3-2 programs in computer science, engineering, neuroscience, optics, and applied mathematics.

## The Rochester Curriculum

In the American system of education, college is the time in which students' intellectual growth and personal growth coincide—as they gain the ability to make a series of critical choices.

Most of education through the 12th grade, and most of graduate and professional training, is mandated by someone else—a school board, an accrediting agency, the demands of a profession or a career. In America, it is uniquely in the college years that students choose their subjects and thereby sharpen their interests, develop their skills, and focus their goals. Through the freedom of the so-called modular system of education that marks American undergraduate learning, students grow as thinkers and as persons.

The Rochester Curriculum takes the special character of college education seriously and attempts to craft a structure of learning that both respects the students as individual learners and takes full advantage of Rochester's character as a research university. University researcher/teachers are self-motivated learners, people who every day work to sharpen understanding and create new knowledge. More than any other group in society, a university research faculty knows how to make learning the habit of a lifetime. The basic aim of the Rochester Curriculum is to break down the barriers between the way the faculty learn and the students learn so that students can make not just the

content, but also the practice, of disciplined learning their own. The Rochester Curriculum is distinctive among American universities.

Students at Rochester are encouraged to explore a variety of disciplines during their freshman year. As students progress at Rochester, they choose a major, with at least 10 semester courses, in either the humanities, social sciences, or natural sciences (including mathematics and engineering). In addition, students choose a cluster of three related courses in each of the other two main divisions of the liberal arts named above. Students with a major in an accredited program in engineering or in optics only need to select one cluster.

More than 250 authorized clusters exist from which students may choose. Virtually every department and program in the College offers numerous clusters that meet the spirit of the Rochester Curriculum. Complete descriptions can be found on our clusters page. Examples from the humanities include Ethics and Values; Media, Culture and Communication; Sustainability and the Humanities. From the social sciences division, examples include Anthropology of Globalization; African-American Politics; Theoretical Economics. In the natural sciences division, examples include Life through Time, Music Cognition, The Nature of the Universe.

The opportunity exists for students to propose exceptions to already existing clusters, and—with the support of two faculty sponsors—students may also propose individualized interdepartmental divisional clusters. Final approval rests with the Curriculum Committee.

The Rochester Curriculum is simple, flexible, and reflects the true hallmarks of university life and learning—curiosity, competence, and community.

*Curiosity*—The most important discoveries in the history of science, the most enduring works of art and literature, and the most compelling theories of society are the consequences of curiosity—which brings with it scholarly or artistic energy and persistence that won't let a question rest until it is answered. The freedom to follow one's own curiosity is the prime motivator

of faculty learning, and it works just as well for undergraduates as it does for faculty. Therefore, there is no restriction on students' freedom with a system in which they must take required courses to "get them out of the way." Instead, students take responsibility and build their college education out of their own interests, goals, and aspirations. Broad and free experimentation with ideas and subjects allows them to discover and sharpen their own interests and to learn their own strengths and weaknesses.

*Competence*—For students to understand how a field of learning actually works, they need to spend sufficient time in it to learn its language, become familiar with its artifacts, and experience its logic. The Rochester Curriculum allows them to do so—not just in their major, but also in two other fields across the liberal arts disciplines. A key mark of a Rochester education is a demonstrable competence in the three major realms of thought and analysis and the consequent ability to make informed intellectual connections across fields and disciplines.

*Community*—Curiosity does not thrive in isolation, and Rochester's researchers do not—indeed, cannot—work alone. Active participation in a community of inquiry and expertise, engagement in a heritage of curiosity, is a fundamental ingredient of the intellectual life in a research culture. By providing the framework for a major and two clusters, the Rochester Curriculum invites students into three different intellectual communities—three different sustained conversations about learning and ideas—during their undergraduate careers.

## Degrees Offered

Degrees are awarded by the University of Rochester in the following subjects, grouped by college or school of the University.

### SCHOOL OF ARTS AND SCIENCES

For purposes of the Rochester Curriculum, the distribution area is noted in which each degree program and minor in the College falls. H=Humanities, S=Social Sciences, N=Natural Sciences and Engineering, V=Variable (determined at time of official entrance into the program).

African and African-American Studies (BA)-V
American Sign Language (BA)-H
American Studies (BA)-S
Anthropology (BA)-S

Archaeology, Technology, and Historical Structures (BA)-V
Art and Art History:
    Art History (BA)-H
    Studio Arts (BA)-H
Biological Sciences (BS), with specialties in:
    Biochemistry-N
    Cell and Developmental Biology-N
    Computational Biology-N
    Ecology and Evolutionary Biology-N
    Microbiology-N
    Molecular Genetics-N
    Neuroscience-N
Biology (BA, MS, PhD)-N
Brain and Cognitive Sciences (BA, BS, MA, PhD)-N
Business Programs:
    Business (BA)-S
    Accounting (BS)-S
    Business Analytics (BS)-S
    Entrepreneurship (BS)-S
    Finance (BS)-S
    Marketing (BS)-S
Chemistry (BA, BS, MS, PhD)-N
Dance (BA) with tracks in:
    Creative Expression and Performance-H
    Dance Studies-H
Data Science (BA, BS)-N
Digital Media Studies (BA)-V
Earth and Environmental Sciences:
    Environmental Science (BS)-N
    Environmental Studies (BA)-N
    Geological Sciences (BA, BS, MS, PhD)-N
    Geomechanics (BS)-N
East Asian Studies (BA)-V
Economics:
    Economics (BA, MA, PhD)-S
    Financial Economics (BA)-S
English (BA, MA, PhD), with tracks in:
    British and American Literature-H
    Creative Writing-H
    Language, Media and Communication-H
    Theater-H
Film and Media Studies (BA)-H
Gender, Sexuality and Women's Studies (BA)-V
History (BA, MA, PhD)-S
Interdepartmental Studies (BA, MA, MS)-V
Linguistics (BA, MA)-S
Literary Translation (MA)
Mathematics:
    Mathematics (BA, BS, MA, PhD)-N
    Mathematics-Applied (BS, MS)-N
    Mathematics-Statistics (BA, MA)-N

Modern Languages and Cultures:
  Comparative Literature (BA, MA)-H
  French (BA)-H
  German (BA)-H
  Japanese (BA)-H
  Russian (BA)-H
  Russian Studies (BA)-V
  Spanish (BA)-H
Music (BA)-H
Philosophy (BA, MA, PhD)-H
Physics:
  Physics (BA, BS, MA, MS, PhD)-N
  Physics and Astronomy (BA, BS, PhD)-N
Political Science:
  International Relations (BA)-S
  Political Science (BA, MA, PhD)-S
Psychology (BA, MA)-S
  Clinical (PhD)
  Developmental (PhD)
  Social-Personality (PhD)
Public Health-Related Programs:
  Bioethics (BA)-H
  Environmental Health (BS)-N
  Epidemiology (BA)-S
  Health, Behavior and Society (BA)-S
  Health Policy (BA)-S
Religion and Classics:
  Classics (BA)-H
  Religion (BA)-H
Statistics (BA)-N

**Certificate Programs**

(taken in conjunction with a bachelor's degree)

Actuarial StudiesCitation for Achievement in College
Leadership
Literary Translation Studies
Mathematical Modeling in Political Science and
Economics
Polish and Central European
Stage Management

**Minors**

African and African-American Studies-V
American Sign Language-H
American Studies-S
Anthropology:
  Anthropology-S
  Medical Anthropology-S
Archaeology, Technology, and Historical Structures-V
Art and Art History:
  Art History-H

Studio Arts-H
Biology:
  Biology-N
  Computational Biology-N
Brain and Cognitive Sciences-N
Business-S
Chemistry-N
Dance and Movement:
  Dance-H
  Movement Studies-H
Digital Media Studies-V
East Asian Studies-V
Economics-S
English:
  Creative Writing-H
  English Literature-H
  Journalism-H
  Theater-H
Earth and Environmental Sciences:
  Environmental Geology-N
  Geological Sciences-N
Environmental Humanities-H
Film and Media Studies-H
Gender, Sexuality, and Women's Studies-V
History-S
Interdepartmental Studies-V
Legal Studies-V
Linguistics-S
Mathematics-N
Medieval and Early Modern Studies-V
Modern Languages and Cultures:
  Chinese-H
  Comparative Literature-H
  French-H
  German-H
  Italian-H
  Japanese-H
  Latin American Studies-H
  Russian-H
  Russian Studies-V
  Spanish-H
Music-H
Music Cognition-N
Music and Linguistics-S
Philosophy:
  Ethics-H
  History of Philosophy-H
  Philosophy-H
  Philosophy of Science-H
Physics and Astronomy:
  Astronomy-N
  Physics-N

Political Science:
    International Relations-S
    Political Science-S
Psychology:
    Clinical Psychology-S
    Health Psychology-S
    Organizational Psychology-S
    Psychology-S
    Psychology as a Natural Science-N
    Psychology as a Social Science-S
    Social and Emotional Development-S
Public Health-Related Programs:
    Bioethics-H
    Epidemiology-S
    Health, Behavior, and Society-S
    Health Policy-S
Religion and Classics:
    Arabic-H
    Classical Civilization-H
    Latin-H
    Greek-H
    Hebrew-H
    Jewish Studies-H
    Religion-H
Statistics-N
Sustainability-V
Visual Science:
    Research in Visual Science-N
    Visual Science-N
Writing Studies-H

## EDMUND A. HAJIM SCHOOL OF ENGINEERING AND APPLIED SCIENCES

For purposes of the Rochester Curriculum, the distribution area is noted in which each degree program and minor in the College falls. H=Humanities, S=Social Sciences, N=Natural Sciences and Engineering, V=Variable (determined at time of official entrance into the program).

Degree programs indicated with an asterisk are accredited by the Engineering Accreditation Commission of ABET. Seniors in these programs are eligible to take the "Fundamentals of Engineering Examination" and are encouraged to do so. This is the first of two examinations leading to professional licensure.

Audio and Music Engineering (BS)-N
Biomedical Engineering (BS*, MS, PhD)-N
Chemical Engineering (BS*, MS, PhD)-N
Computer Science (BA, BS, MS, PhD)-N

Electrical and Computer Engineering (BS*)-N
Electrical Engineering (MS, PhD)-N
Engineering and Applied Science (an Interdepartmental Program) (BS)-N
Engineering Science (an Interdepartmental Program) (BA)-N
Geomechanics (BS)-N
Materials Science (MS, PhD)-N
Mechanical Engineering (BS*, MS, PhD)-N
Optics:
    Optics (BS, MS, PhD)-N
    Optical Engineering (BS*)-N
Technical Entrepreneurship and Management (joint program with the Simon School) (MS)

**Minors**

Audio and Music Engineering-N
Biomedical Engineering-N
Chemical Engineering-N
Computer Science-N
Electrical and Computer Engineering-N
Environmental Engineering-N
Materials Science-N
Mechanical Engineering-N
Optics-N

**EASTMAN SCHOOL OF MUSIC**

Applied Music (BM)
Composition (BM, MA, MM, DMA, PhD)
Conducting (MM, DMA)
Early Music, Emphasis in Historical Plucked Instruments (MM, DMA)
Ethnomusicology (MA)
Jazz Studies and Contemporary Media (BM, MM, DMA)
Musical Arts (BM)
Music Education (BM, MA, MM, DMA, PhD)
Music Theory (BM, MA, PhD)
Musicology (MA, PhD)
Opera Stage Directing (MM)
Pedagogy of Music Theory (MA)
Performance and Literature (MM, DMA)
Piano Accompanying and Chamber Music (MM, DMA)

**SCHOOL OF MEDICINE AND DENTISTRY**

Analytic Epidemiology (CAS)Biochemistry (MS, PhD)
Biomedical Data Science (CAS)
Biophysics (MS, PhD)
Clinical Investigation (MS)

Clinical Medical Technology (CAS)
Clinical Research Methods (CAS)
Epidemiology (MS, PhD)
Experimental Therapeutics (CAS)
Genetics (MS, PhD)
Health Services Research (CAS)
Health Services Research and Policy (MS, PhD)
Immunology, Microbiology and Virology (MS)
Marriage and Family Therapy (MS)
Medical Humanities (MS)
Medical Statistics (MS)
Medical Technology Innovation (MS)
Medicine (MD, MD/MBA)
Microbiology (MS)
Microbiology and Immunology (PhD)
Neurobiology and Anatomy (MS, PhD)
Neuroscience (MS, PhD)
Pathology (MS, PhD)
Pharmacology (MS, PhD)
Physiology (MS, PhD)
Public Health (CAS, MPH)
Regulatory Science (CAS)
Statistics (MA, PhD)
Technical Entrepreneurship and Management in
Biomanufacturing and Therapeutic Development (MS)
Toxicology (MS, PhD)
Translational Biomedical Science (PhD)

**SCHOOL OF NURSING**

Bachelor Programs:
Nursing—RN to BS
Accelerated Program for Non Nurses

Nursing (BS)/MS Accelerated Master's Programs for
Non Nurses:
Nursing/Adult-Gerontology Acute Care Nurse
Practitioner
Nursing/Adult-Gerontology Primary Care Nurse
Practitioner
Nursing/Pediatric Nurse Practitioner
Nursing/Family Nurse Practitioner
Nursing/Family PsychiatricMental Health Nurse
Practitioner

RN to BS to MS Programs:
Nursing/Adult-Gerontology Acute Care Nurse
Practitioner
Nursing/Adult-Gerontology Primary Care Nurse
Practitioner
Nursing/Pediatric Nurse Practitioner
Nursing/Pediatric Nurse Practitioner/Neonatal, Nurse
Practitioner

Nursing/Family Nurse Practitioner
Nursing/Family PsychiatricMental Health Nurse
Practitioner
Nursing/Master of Science in Nursing Education

MS Programs:
Adult-Gerontology Acute Care Nurse Practitioner
Adult-Gerontology Primary Care Nurse Practitioner
Pediatric Nurse Practitioner
Pediatric Nurse Practitioner/Neonate Nurse
Practitioner
Family Nurse Practitioner
Nursing/Family PsychiatricMental Health Nurse
Practitioner
Clinical Nurse Leader
Health Care Organization Management and
Leadership
 Nursing Education

MS/PhD Programs:
Adult-Gerontology Acute Care Nurse Practitioner/
Nursing
Adult-Gerontology Nurse Practitioner/Nursing
Pediatric Nurse Practitioner/Neonatal Nurse
Practitioner/Nursing
Pediatric Nurse Practitioner/Nursing
Family Nurse Practitioner/Nursing
Family PsychiatricMental Health Nurse Practitioner/
Nursing

Nursing Education:
Doctor of Nursing Practice Program

PhD Program:
Nursing and Health Science

**WILLIAM E. SIMON SCHOOL OF BUSINESS**

Simon Business School offers a variety of full-time
and part-time programs to fit every lifestyle and career
trajectory. With a curriculum grounded in analytics and
economics, our approach provides our students with
enduring frameworks for solving problems and making
data-driven decisions that impact a company's bottom
line.

**Full-Time MBA Program** Offers 10 specializations
and six minors

Executive MBA Program

Part-Time Professional MBA Program

Part-Time MS in Medical Management

PhD Program

**Full-Time Specialized MS Programs:**
Accountancy
Business Analytics
Finance
Marketing Analytics

## MARGARET WARNER GRADUATE SCHOOL OF EDUCATION AND HUMAN DEVELOPMENT

The Warner School offers programs in teaching and curriculum, human development, counseling, K-12 school leadership, higher education, education policy, program evaluation, online teaching, and applied behavior analysis (ABA) at the master's, doctoral, and advanced certificate levels. Below is a list of programs offered at the master's level.

Adolescence Education: Biology (MAT, MS)
Adolescence Education: Chemistry (MAT, MS)
Adolescence Education: Chinese (MS)
Adolescence Education: Earth Science (MAT, MS)
Adolescence Education: English (MAT, MS)
Adolescence Education: Foreign Languages (MS)
Adolescence Education: French (MAT, MS)
Adolescence Education: German (MAT, MS)
Adolescence Education: Latin (MS)
Adolescence Education: Mathematics (MAT, MS)
Adolescence Education: Physics (MAT, MS)
Adolescence Education: Social Studies (MAT, MS)
Adolescence Education: Spanish (MAT, MS)
Applied Behavior Analysis and Human Development (MS)
Childhood Education (MS)
Counseling and Human Development (w/ specialization in school counseling) MS
Early Childhood Education (MS)
Early Childhood (Non Teacher Certification) (MS)
Education Policy (MS)
Educational Administration (MS)
Educational Administration: Higher Education Specialization (MS)
Educational Administration: Higher Education Student Affairs Specialization (MS)
Educational Administration: Student Affairs and Academic & Career Advising Specialization (MS)
Elementary Education (Non Teacher Certification) (MS)
Health Professions Education (MS)
Human Development (MS)
Inclusion and Special Ed (Non Teacher Certification) (MS)
Inclusion Adolescence Education: Biology (MS)

Inclusion Adolescence Education: Chemistry (MS)
Inclusion Adolescence Education: Earth Science (MS)
Inclusion Adolescence Education: English (MS)
Inclusion Adolescence Education: French (MS)
Inclusion Adolescence Education: German (MS)
Inclusion Adolescence Education: Latin (MS)
Inclusion Adolescence Education: Mathematics (MS)
Inclusion Adolescence Education: Physics (MS)
Inclusion Adolescence Education: Social Studies (MS)
Inclusion Adolescence Education: Spanish (MS)
Inclusion Adolescent Education as Generalist (MS)
Inclusion Childhood Education (MS)
Inclusion Early Childhood Education (MS)
Inclusion Middle Childhood Education: Biology (MS)
Inclusion Middle Childhood Education: Chemistry (MS)
Inclusion Middle Childhood Education: Earth Science (MS)
Inclusion Middle Childhood Education: English (MS)
Inclusion Middle Childhood Education: French (MS)
Inclusion Middle Childhood Education: German (MS)
Inclusion Middle Childhood Education: Latin (MS)
Inclusion Middle Childhood Education: Math (MS)
Inclusion Middle Childhood Education: Physics (MS)
Inclusion Middle Childhood Education: Social Studies (MS)
Inclusion Middle Childhood Education: Spanish (MS)
Inclusive Childhood Education (MS)
Literacy Education (Non Teacher Certification) (MS)
Mathematics Education (Non Teacher Certification) (MS)
Mental Health Counseling (MS)
Middle Childhood for Adolescence Education Teachers (MS)
Middle Childhood Education: Biology (MS)
Middle Childhood Education: Chemistry (MS)
Middle Childhood Education: Earth Science (MS)
Middle Childhood Education: English (MS)
Middle Childhood Education: French (MS)
Middle Childhood Education: German (MS)
Middle Childhood Education: Latin (MS)
Middle Childhood Education: Mathematics (MS)
Middle Childhood Education: Physics (MS)
Middle Childhood Education: Social Studies (MS)
Middle Childhood Education: Spanish (MS)
Online Teaching and Learning (MS)
Professional Study in Adolescence Education: Biology (MAT, MS)
Professional Study in Adolescence Education: Chemistry (MAT, MS)
Professional Study in Adolescence Education: Earth Science (MAT, MS)

Professional Study in Adolescence Education: English (MAT, MS)

Professional Study in Adolescence Education: French (MAT, MS)

Professional Study in Adolescence Education: German (MAT, MS)

Professional Study in Adolescence Education: Mathematics (MAT, MS)

Professional Study in Adolescence Education: Physics (MAT, MS)

Professional Study in Adolescence Education: Social Studies (MAT, MS)

Professional Study in Adolescence Education: Spanish (MAT, MS)

Professional Study: Generalist (MS)

Professional Study: Middle Childhood and Adolescence Education (MS)

Program Evaluation (MS)

Reading and Literacies (MS)

School Building Leadership (MS)

School District Leadership (MS)

Science Education (Non Teacher Certification) (MS)

Social Studies Education (Non Teacher Certification) (MS)

Teaching and Curriculum (MS)

Teaching English to Speakers of Other Languages (Grades K-12) (MS)

Teaching ESOL (English to Speakers of Other Languages) (MS)

Teaching Students with Disabilities in Secondary School as Generalist (MS)

Teaching Students with Significant Disabilities (MS)

**UNIVERSITY-WIDE STUDIES**

Combined Bachelor's Programs:
BA and BS in arts and sciences
BA or BS in arts and sciences and BS or BA in engineering and applied sciences
BA or BS in arts and sciences and BM in music
BS in engineering and applied sciences and BM in music
BA or BS in arts and sciences and BS in nursing

3-2 Programs:
BA or BS plus a master's in public health

4-1 Programs:
BA or BS plus MS (HEAL Program)

Combined Bachelor's and MD Degree Programs:
BA or BS plus an MD

Concurrent Master's Programs:
MBA and MS in microbiology

Inter-College Degree Programs:
Genetics (PhD)
Neuroscience (MS, PhD)

# The Writing, Speaking, and Argument Program

### Information About the Program

The Writing, Speaking, and Argument Program (WSAP), in concert with faculty across the college, builds a strong community of undergraduate and graduate writers, speakers, and researchers. Effective communication—including critical thinking, problem solving, organization of ideas, and clarity and power of expression—is of enormous importance both in academic and professional settings.

Writing, speaking, and argument enable us to discover, develop, test, and share our ideas. Through communication, we see the truth, utility, or beauty of what we know, and make our knowledge have an impact on the world at large. The Writing, Speaking, and Argument Program leads the effort to familiarize students with key principles and strategies for becoming successful communicators across different modes and contexts and fosters a culture of open, honest, and critical communication.

The Writing, Speaking, and Argument Program is home to the primary writing requirement, the English for Academic Purposes Program (formerly the ESOL Program), a range of undergraduate writing courses related to writing, speaking, and tutoring, and the Writing and Speaking Center, where students can find tutoring services.

WSAP offers one minor that introduce students to the different disciplinary practices around writing, speaking, and argument. The minor also provides a flexible writing curriculum to complement students' academic and professional interests. To begin to explore the breadth of writing studies, the program offers clusters that focus on language, digital and multimodal composition, writing theory and practice, and community engagement.

**Primary Writing Requirement and Placement**

The underlined primary writing requirement (PWR) is the first step in drawing students into our community of researchers and writers. We aim to help you become an effective academic communicator.

All students at the University of Rochester, whether incoming first-year students or transfers, must satisfy the primary writing requirement. The majority of students fulfill the requirement by earning a "C" or better in WRT 105: Reasoning and Writing in the College, or WRT 105E or WRT 105A and B, versions of 105 chosen by students who need more support to meet the demands of college-level writing.

Students who believe that they are already proficient college writers may petition to substitute a University of Rochester writing-intensive course for WRT 105. The substitute course may not also be used to fulfill the upper-level writing requirement.

Transfer students who have completed a WRT 105 equivalent at another institution and received a "B" or better may petition to use this course to satisfy the primary writing requirement.

Students admitted to the College through the English for Academic Purposes Program fulfill the requirement by earning a grade of "C" or higher in WRT 103: EAPP Critical Reading, Reasoning, and Writing, and WRT 104: EAPP Research, Reading, and Writing.

**Courses**

WSAP offers a wide variety of courses that focus on improving student's skills in writing and speaking including WRT 277: Communicating Your Professional Identity and WRT 253: Cognition and Writing. See the WSAP undergraduate courses page for a complete list.

# Freshman Offerings

Students have maximum flexibility in course choice, the ability to start working toward a desired major from the first semester on and the opportunity to build a general foundation according to their own special interests.

Assisted by an undergraduate advisor and faculty and staff in each of the academic departments, students choose an appropriate group of courses (usually four each semester) from the entire range of offerings open to first-years. Some of these courses lay a basis for a choice of major. Others fulfill basic requirements for graduation and provide the first college-level steps toward a liberal education. Special Meliora Seminars are offered for first-year students only.

New students receive a First-Year Academic Handbook which assists them with their planning. First-time students register for classes during new student orientation which is scheduled just prior to the start of each semester.

**Early Connection Opportunity**

The Early Connection Opportunity (ECO) program is designed to assist students in acquiring the attitudes, skills, and social connections necessary to become successful University of Rochester students. The program provides supplemental academic support to selected first-year students during a four-week summer program prior to the start of the academic year.

ECO is a residential program that takes place in the month of July. Students admitted through the Arthur O. Eve Higher Education Opportunity Program are required to attend as a condition of admission, and others are invited who we believe would profit from the connections that can be made during this program. Enrollment is limited. No fees, no tuition, and no room and board costs are charged to participating students. Students are responsible for transportation costs to and from Rochester and all other personal expenses.

Model courses in selected areas, such as mathematics, writing, literature, psychology, engineering and chemistry are offered. A series of workshops on strategies and tactics to promote academic success are also offered. Courses are taught by instructional faculty representing various departments in the University. Upon successful completion of ECO courses students earn four credits (the equivalent of one full college course).

# Requirements for the Degrees of Bachelor of Arts and Bachelor of Sciences

To ensure that students acquire a broad base of general knowledge, as well as extensive familiarity with at least one area of specialization, the College has established general degree requirements. These requirements are identical for the BA and BS degrees.

## Completion of Eight Semesters of Approved Coursework

Students are required to complete 128 credit hours (e.g., 32 4-credit courses), with an average grade of "C" or better. No more than 20 courses from a single department may be counted toward the degree.

For students not majoring in music or a simultaneously completing a BM degree at the Eastman School of Music, no more than 16 credit hours of applied music instruction and eight credit hours of River Campus ensemble may be counted toward the degree.

The following Hajim School majors require additional credit hours for degree completion:

- Audio and music engineering (132 credit hours)

- Biomedical engineering (131 credit hours)

- Chemical engineering (132 credit hours)

- Electrical and computer engineering (130 credit hours)

- Optics and optical engineering (129 credit hours)

## Completion of the Primary Writing Requirement

All students, whether incoming freshmen or transfers, must satisfy the primary writing requirement. The majority of students fulfill the requirement by earning a "C" or better in WRT 105: Reasoning and Writing in the College, or WRT 105E or WRT 105A&B, versions of 105 chosen by students who need more support to meet the demands of college-level writing.

Students who believe that they are already proficient college writers may petition to substitute a University of Rochester writing-intensive course for WRT 105. The substitute course may not also be used to fulfill the upper-level writing requirement (see below). Transfer students who have completed a WRT 105 equivalent at another institution and received a "B" or better may petition to use this course to satisfy the primary writing requirement.

Students admitted to the College through the English for Academic Purposes Program fulfill the requirement by earning a grade of "C" or higher in WRT 103: EAPP Critical Reading, Reasoning, and Writing, and WRT 104: EAPP Research, Reading, and Writing.

## Completion of the Rochester Curriculum

Satisfactory completion of a major with an average grade of "C" or better. Each major contains an upper-level writing requirement which explicitly incorporates student writing into its curriculum and/or requirements. Students are expected to file their major program after getting it approved by the appropriate faculty advisor in the department or program by the time noted below. The divisional classification of all interdepartmental majors, as noted in the following paragraph, is determined by the students and the faculty committee responsible for the major.

Satisfactory completion, with an average grade of "C" or better, of an approved divisional cluster composed of at least three courses in each of the two divisions outside the area of the major. For students pursuing a degree within the Hajim School of Engineering and Applied sciences, each set of courses for the divisional clusters will be in one of the two divisions: humanities or social sciences Students may also construct a program from existing majors and minors, as long as the principle of distribution over the three divisions is maintained.

Students who complete degree programs in audio and music engineering, biomedical engineering, chemical engineering, electrical and computer engineering, mechanical engineering, optical engineering, or optics need to complete only one divisional cluster outside the area of their major.

Students formally declare their Rochester Curriculum, i.e., their major and two divisional clusters, not later than the beginning of their junior year (by the time 64 credit hours have been taken). Students may alter their program until the final semester of the senior year. The College transcript will reflect the students' three areas of focus. All students accepted into the Hajim School of Engineering and Applied Sciences become responsible for two full years of equipment fees. These are normally assessed during each semester of the junior and senior years.

Departments of the College discourage students from registering for the next course in a continuing science sequence if an appropriate grade level ("C−'' or above) has not been achieved in the preceding course. It has been shown that students' success in such a sequence is directly related to performance in the preceding course. Students so advised are asked to seek assistance in their future program planning from the College Center for Advising Service and from their premajor advisors.

# Academic Calendar

## Arts, Sciences and Engineering*

*Eastman School of Music and School of Nursing Calendars differ slightly.

### Fall Semester 2019

| | |
|---|---|
| August 28 (Wednesday) | Classes begin at the College. |
| September 18 (Wednesday) | Last date for students in the College to add 4-credit independent study courses. |
| September 25 (Wednesday) | Last date for students in the College to add or drop courses in current schedule. |
| October 14 – 15 | Fall term break (Monday and Tuesday). |
| October 16 (Wednesday) | Classes resume. |
| October 28 – November 1 | Undergraduate program advising in the College. (Monday-Friday) |
| November 4 (Monday) | Undergraduate registration begins. |
| November 15 (Friday) | Last day to declare S/F or withdraw from courses for undergraduates in Arts, Sciences, and Engineering. |
| November 27 (Wednesday) | Thanksgiving recess begins at noon. |
| December 2 (Monday) | Classes resume. |
| December 4 (Wednesday) | Last date for first-semester freshmen and transfer students in the College to declare the S/F option. |
| December 11 (Wednesday) | Classes end. |
| December 12 (Thursday) | Reading period begins. |
| December 14 (Saturday) | Reading period ends. |
| December 15 – 20 | Final examinations. |
| December 20 (Friday) | Winter recess begins at end of examinations. |

### Spring Semester 2020

| | |
|---|---|
| January 15 (Wednesday) | Classes begin at the College. |
| January 20 (Monday) | Martin Luther King Day observed (no classes). |
| February 5 (Wednesday) | Last date for students in the College to add 4-credit independent study courses. |
| February 12 (Wednesday) | Last date for students in the College to Add or Drop courses in current schedule. |
| March 7 (Saturday) | Spring recess begins. |
| March 16 (Monday) | Classes resume. |
| March 30 – April 3 | Undergraduate program advising in the College. (Monday-Friday) |
| April 6 (Monday) | Undergraduate registration begins. |
| April 8 (Wednesday) | Last day to declare S/F or withdraw from courses for undergraduates in Arts, Sciences, and Engineering. |
| April 22 (Wednesday) | Last date for first-semester freshmen and transfer students in the College to declare the S/F option. |
| April 29 (Wednesday) | Classes end. |
| April 30 (Thursday) | Reading period begins. |
| May 3 (Sunday) | Reading period ends. |
| May 4 – 10 | Final examinations. |
| May 15 – 17 | Commencement Weekend. |

## Summer 2020

| | |
|---|---|
| May 18 – August 7 | Full summer session (12 weeks). |
| May 18 – June 12 | First four-week session. |
| May 18 – June 26 | First six-week session. |
| May 25 (Monday) | Memorial Day observed. No classes. |
| June 29 – July 24 | Second four-week session. |
| June 29 – August 7 | Second six-week session. |
| July 4 (Saturday) | Independence Day observed. No classes. |

## Fall Semester 2020

| | |
|---|---|
| August 26 (Wednesday) | Classes begin. |
| September 16 (Wednesday) | Last date for students in the College to add 4-credit independent study courses. |
| September 23 (Wednesday) | Last date for students in the College to Add or Drop courses in current schedule. |
| October 12 – 13 | Fall term break (Monday and Tuesday). |
| October 14 (Wednesday) | Classes resume. |
| October 26 – 30 | Undergraduate program advising in the College. |
| November 2 (Monday) | Undergraduate registration begins. |
| November 13 (Friday) | Last day to declare S/F or withdraw from courses for undergraduates in Arts, Sciences, and Engineering. |
| November 25 (Wednesday) | Thanksgiving recess begins at noon. |

| | |
|---|---|
| November 30 (Monday) | Classes resume. |
| December 2 (Wednesday) | Last date for first-semester freshmen and transfer students in the College to declare the S/F option. |
| December 9 (Wednesday) | Classes end. |
| December 10 (Thursday) | Reading period begins. |
| December 12 (Saturday) | Reading period ends. |
| December 13 – 18 | Final examinations. |
| December 18 (Friday) | Winter recess begins at end of examinations. |

## Spring Semester 2021

| | |
|---|---|
| January 13 (Wednesday) | Classes begin at the College. |
| January 18 (Monday) | Martin Luther King Day Observed (no classes). |
| February 3 (Wednesday) | Last date for students in the College to add 4-credit independent study courses. |
| February 10 (Wednesday) | Last date for students in the College to Add or Drop courses in current schedule. |
| March 6 (Saturday) | Spring recess begins. |
| March 15 (Monday) | Classes resume. |
| March 29 – April 2 | Undergraduate program advising in the College. |
| April 5 (Monday) | Undergraduate registration begins. |
| April 7 (Wednesday) | Last day to declare S/F or withdraw from courses for undergraduates in Arts, Sciences, and Engineering. |

| April 21 (Wednesday) | Last date for first-semester freshmen and transfer students in the College to declare the S/F option. |
| --- | --- |
| April 28 (Wednesday) | Classes end. |
| April 29 (Thursday) | Reading period begins. |
| May 2 (Sunday) | Reading period ends. |
| May 3 – 9 | Final examinations. |
| May 14 – 16 | Commencement Weekend. |

### Summer 2021

| May 17 – August 6 | Full summer session (12 weeks). |
| --- | --- |
| May 17 – June 11 | First four-week session. |
| May 17 – June 25 | First six-week session. |
| May 31 (Monday) | Memorial Day observed. No classes. |
| June 28 – July 26 | Second four-week session. |
| June 28 – August 6 | Second six-week session. |
| July 4 (Sunday) | Independence Day observed. No classes. |

## Special Academic Opportunities

Students taking their entire four years as undergraduates in the College receive extra-ordinarily strong grounding in their chosen fields. But the outstanding graduate and professional schools of the University also offer undergraduates many opportunities to study in advanced and specialized areas. With only a few exceptions, students may count credits for courses in any unit of the University toward the bachelor's degree in the College. Graduate study in one's specialty may be taken for credit toward the bachelor's degree by students whose work in a given area is sufficiently advanced.

### 3-2 Programs

Five-year combined programs of undergraduate and graduate study (the first three undergraduate, the last two graduate) are available in a number of fields, and permit students to earn a bachelor's degree (awarded after four years) and a professional master's degree. This 3-2 option is available in fields including:

- Biological sciences and neuroscience
- Environmental health and epidemiology
- Epidemiology
- Neuroscience
- Public health
- Statistics and medical statistics

### Certificate Programs

Some students combine their departmental majors with an interdisciplinary specialization by following one of the certificate programs.

These certificates, which give formal recognition to the specialized study, are awarded in addition to the bachelor's degree. A Citation for Achievement in College Leadership is also available to students who have developed their leadership skills in the ways outlined by this program through the College Center for Advising Services.

### Honor Societies

National academic honorary societies include Phi Beta Kappa, Golden Key, Tau Beta Pi (engineering), National Society of Collegiate Scholars (scholarship, leadership, and service), Beta Gamma Sigma (business, graduate and undergraduate students), Sigma Theta Tau (nursing), Alpha Omega Alpha (medicine), and Sigma Pi Sigma (physics and astronomy).

### Independent Study

**Independent study courses**—permit qualified students to pursue areas of reading and research not included or not treated in sufficient depth in regularly offered courses. These special tutorial courses are most often on a one-to-one basis with full-time members of the teaching faculty, with the content and objectives of the course determined by faculty-student collaboration.

Internships and supervised teaching opportunities are also available to qualified students through the independent study program.

**Practica**—are credit courses supervised by University faculty members that usually combine field experience with lectures, seminars, and oral and written reports. Each practicum provides direct personal interaction with working professionals in their everyday environment.

### Industry Practicum Co-op Program

When looking for employment, students have discovered that employers increasingly demand significant practical work experience in addition to sound academic knowledge. The optional Industry Practicum Co-Op Program provides an opportunity for Hajim School students to enhance their education by integrating their engineering and computer science knowledge with workplace practice. Students intending to pursue an engineering or computer science degree are encouraged to participate in the school's Industry Practicum Co-Op Program, a paid, full-time, high-quality work experience over an eight-month period.

To participate, students must be second-semester juniors or first-semester seniors and be pursuing a degree in any engineering discipline, optics, or computer science. During the eight-month Industry Practicum Co-Op Program, students do not take any classes, receive any academic credit, or pay tuition. As a result, it is important for students to meet with their faculty advisors to plan their potential participation in the Industry Practicum Co-Op Program to ensure that they meet departmental requirements. Advisors assist students in curriculum planning since four-and-a-half-year's time will be necessary to complete the usual four-year academic program.

Additional information on this program can be obtained from the Hajim School website.

### Interdepartmental Degree

The interdepartmental degree programs provide students with an opportunity to construct individual programs suited to their special talents and interests. Recent examples of individualized interdepartmental majors include Chinese Studies, Environmental Sustainability and Urban Youth Studies, among others. Advisors in the Multidisciplinary Studies Center (MSC) assist undergraduates in developing their interdepartmental studies majors in the College.

Students planning an interdepartmental program leading to a bachelor of science in interdepartmental engineering or the bachelor of arts in engineering science work closely with faculty members on the Interdepartmental Engineering Committee in the Hajim School.

### Interdisciplinary Studies

The University has a long history of interdisciplinary cooperation and prides itself on its ability to foster programs that span departments and schools. Interdisciplinary programs for undergraduates in the College have grown notably in recent years. New programs include several majors in areas related to public health (in collaboration with the School of Medicine and Dentistry), a business major (in collaboration with the Simon School of Business), and majors in Archaeology, Technology, and Historical Structures. Other new interdisciplinary majors include Digital Media Studies, American Studies, East Asian Studies, and Audio and Music Engineering. Several of these programs combine the humanities and the sciences or engineering in novel ways. To provide administrative support for these kinds of programs, the College created a Multidisciplinary Studies Center in 2010.

In addition to interdisciplinary programs, courses that are deliberately multidisciplinary in focus and offered recently include "The Art and Science of Time" and "Reformations of Western Thought."

### Internships

Internships enable students to work in a variety of off-campus settings. Students in arts and sciences, under the supervision of a faculty member, can receive credit for their work. Recent internship placements have included the Rochester District Attorney's office, the Rochester Democrat and Chronicle, local television stations, environmental field work for the county, the Memorial Art Gallery, George Eastman House, and various financial and investment offices.

In social services internships, students have worked in various programs that help emotionally and physically abused children and the developmentally disabled. With special approval, students may engage in full-time internships away from the Rochester area; examples include research projects at the Federal Reserve and at Cohokia Mounds Historical Site.

For more information about internships see the Gwen M. Greene Career and Internship Center website.

Students can also visit the Center for Education Abroad for information about the many internship programs offered abroad.

### e5 (formerly known as KEY) Program

Entrepreneurship education is an integral ingredient of academic activity at the University of Rochester. Prominent in this area is the e5 (KEY) Program that provides selected students with the opportunity to devote one or two semesters, tuition free, to the study and practice of entrepreneurship, defined as "transforming an idea into an enterprise that generates value."

Students can propose to devote as much as an entire academic year to internships, special projects, business plan development, research into various facets of entrepreneurship, additional coursework, or analysis of how culture and public policy influence entrepreneurial activity. Any undergraduate at the University who has been accepted into a major can apply at any time prior to the spring semester of the senior year.

### Senior Scholars Program

The Senior Scholars Program permits selected seniors to devote at least half of the entire final year to a single capstone project that can range from a piece of scholarly research to a work of artistic creativity. Building on the students' career through the junior year, Senior Scholar projects are marked by intellectual engagement and coherence, and by educational soundness and continuity. The projects may include coursework in addition to independent study. They carry up to 32 hours of academic credit and are composed and carried out under the supervision of faculty advisors. The Senior Scholars Program is open to students in all majors. Projects must be completed by the end of the senior year.

### Summer Study

Summer Sessions at the University of Rochester gives students the opportunity to get ahead, stay on track or catch up while still enjoying their summer. With four different sessions and over 100 on-campus and online classes to choose from, students can earn up to 12 credits over the summer. Take advantage of summer's small class sizes while enjoying more one-on-one time with faculty. Many on- and off-campus activities take place during the summer, as well as a variety of summer study abroad programs. For more information

or a complete listing of summer courses, visit AS&E's summer website or call (585) 275-2345.

### Education Abroad

Education abroad is open to students in all majors. The Center for Education Abroad's advising staff works closely with students to enable them to find the program best suited to their academic interests. Advisors will also direct students to scholarships. General information meetings are held on a regular basis.

### Programs

Education abroad programs provide qualified students a semester, year, summer, or other short-term of overseas study experience. Currently, more than 70 different Rochester-sponsored opportunities are available in more than 40 countries.

Students are also welcome to take part in programs offered by other American colleges and universities. Options include "on-location" courses taught by Rochester faculty overseas, university exchanges, internships, research, non-credit programs, and traditional study abroad programs.

For more information, contact the Center for Education Abroad in 2-161 Dewey Hall.

Faculty-led, on-location programs are currently offered in Ecuador, France, Greece, Haiti, Italy, France, Germany, Ghana, Guinea, Korea, Peru, Poland, Russia, Spain, and England. Through these programs students can become immersed in the culture and language of their visiting country, participate in archaeological digs, or study theater in the some city that Shakespeare made his home.

Exchange programs permit Rochester students to "trade places" with their counterparts from overseas universities. Some options include Australia, England, Germany, Hong Kong, Japan, Korea, Macau, Poland, Peru, Singapore and Sweden.  Engineering students have additional options in China, Denmark, Indonesia, Malaysia, Netherlands, and Spain, among others.

The Internships in Europe programs are located in England, Scotland, Belgium, Germany, and Spain and are open to students majoring in a wide variety of fields. Students take coursework paired with a

related internship. Semester programs are offered in all locations, and eight-week summer internships are available in Belgium, England, and Germany.

Rochester belongs to several consortia that provide access to programs through the *Institute for the International Education of Students (IES)* and the *Council on International Educational Exchange (CIEE)*. Through *IES* and *CIEE*, the University of Rochester provides semester and academic year programs in over 25 different countries.

Rochester is also a member of the *Advanced Studies in England* consortium, which is a semester or yearlong program focusing on British Studies in Bath, Oxford, and Stratford.

The University of Rochester is also affiliated with the Danish Institute for Study Abroad (DIS) in Copenhagen and Stockholm, the Intercollegiate Center for Classical Studies in Rome, and the College Year in Athens (CYA) program.

### Take Five Scholars

The Take Five Scholars Program grants selected undergraduates a ninth semester or fifth year of study, tuition free, to supplement their regular course requirements. Students may apply any time after they have been accepted into a major through the first semester of their senior year. The program, in place for over 20 years, is designed for students who want to learn for learning's sake by designing an interdisciplinary course of study focused around a central theme or idea not related to their major that will broaden and enhance their undergraduate education.

### Undergraduate Research

As a major research institution, the University actively encourages primary research by undergraduates in the natural sciences, engineering, the social sciences, and humanities. Opportunities for doing hands-on, professionally supervised research in fields as diverse as organic chemistry and medieval history are open to qualified students, both within regular courses and in special independent projects during the regular school year and in summer. For information, visit the Office of Undergraduate Research website.

## Academic Services & Information

*This section is specifically for undergraduate students in the College.*

### Academic Advising

Each entering student is assigned to an undergraduate advisor who will meet with the student during orientation and guide the student in developing an academic plan.

In addition to consulting their assigned advisors, all undergraduate students in the College are strongly encouraged to use the services of the College Center for Advising Services (CCAS) throughout their college careers. The professional advisors in this office assist students in arranging their programs, suggesting courses, obtaining faculty advisors, and making the unavoidable paperwork as simple as possible. CCAS advisors can answer questions concerning the Rochester Curriculum (including majors, minors, and clusters), the "Take Five" Scholars Program, the E5 Program, independent study, College policies, extending or accelerating an undergraduate program, declaring a major, and academic resources.

Immediately adjacent, in 312 Lattimore, the Academic Services Counter serves as a focal point for routine academic inquiries, for dropping and adding courses, for making immediate appointments or walk-in arrangements to see an academic advisor, and for providing fast referrals to other offices.

### Other Schools

The Margaret Warner Graduate School of Education and Human Development offers advising and information assistance related to programs in education through its Student Services and through faculty of the school.

For School of Nursing student support services, please contact the school's Student Affairs Office, (585) 275-2375.

### Program Planning

One of the University's goals is to help undergraduates plan an integrated program of study that will provide intellectual satisfaction and challenge. Program planning with the help of undergraduate advisors begins during orientation and continues throughout the students' academic career at Rochester.

Discussions with undergraduate, departmental, and professional staff advisors are useful in working out a

schedule of courses for a particular semester as well as an overall plan for future semesters. Many special services designed to assist undergraduate students are described below.

### Extra-Departmental Courses

Each semester the College offers a small number of courses that are unique or interdisciplinary in nature, reflecting the current interests of students and faculty. These courses are listed under the heading CAS in the online course schedule (CDCS).

### Undergraduate Advising

Students interested in degree programs in arts and sciences work extensively with an undergraduate advisor until the end of the sophomore year, or earlier if accepted into a major. They consult with their advisors when they register for courses and consider dropping or adding any courses. Upon being admitted to a major, students are assigned a faculty advisor in that area.

Students interested in degree programs in the Hajim School of Engineering and Applied Sciences have faculty advisors from the desired majors assigned to them at the beginning of the first year and are encouraged to consult with them frequently. These faculty members will remain as the students' advisors until graduation, unless students change majors or are reclassified to another graduating class.

### Program Planning Workshops

During orientation, just prior to the start of classes in the fall, faculty members representing all academic areas in the College are on hand to assist new students in choosing courses and completing their registration. In November and in April, during the registration period, students already enrolled who have financial clearance from the bursar select their courses with the help of their advisors and register online for the following semester.

Each semester, just prior to registration, the College Center for Advising Services (CCAS) coordinates advising week events where students may obtain help in planning programs, clusters, majors, minors, and sorting out the ways in which their academic goals may be fulfilled.

### Multidisciplinary Studies Center

The Multidisciplinary Studies Center in 203 Lattimore Hall is dedicated to advising students on many of the undergraduate programs that do not fit neatly into the College's departmental structure such as the majors and minors involving public health and digital media studies. Other areas include legal studies, sustainability, medieval and early modern studies, East Asian studies, American studies, and archaeology, technology and historical structures.

Center staff members work closely with the faculty who oversee each program and assist students interested in exploring these unique opportunities. Academic advisors are available for curriculum planning and to answer any inquiries related to multidisciplinary programs, including many of the College's certificate programs. Students interested in creating individualized majors, minors, or clusters will find assistance here.

### Tutoring Program

The Tutoring Program is a free, confidential service administered by the Center for Excellence in Teaching and Learning that promotes successful approaches to learning. Trained CETL tutors work with students in individual and group sessions in the Tutoring Zone in Genesee Hall and elsewhere to help them reach their academic goals.

Students seeking tutoring can book individual appointments online and/or stop by our drop-in group sessions. To learn how to book individual appointments, complete the self-enrolling online orientation in Blackboard.

Students wishing to become tutors are welcome to apply online or at the Center for Excellence in Teaching and Learning, in 1-154 Dewey Hall.

### Study Skills Program

Study skills consultants help students at all levels by analyzing their current learning approaches and working with them to develop strategies for studying more effectively and efficiently.

Students can schedule an individual appointment through the Center for Excellence in Teaching and Learning, 1-154 Dewey Hall; walk-in appointments are sometimes available.

Upon request, study skills consultants can also provide presentations tailored to the learning needs of specific student organizations.

Additionally, CETL, in partnership with the Office of Minority Student Affairs, offers a one-credit study skills course each semester. This course, CAS 142: Methods of Inquiry, is open to all students.

## Special Academic Opportunities

Students are encouraged to take any courses that they are qualified wherever the courses are offered at the University of Rochester to fulfill academic goals. Admission to certain courses requires special permission. Usually, this means permission of the instructor, whose permission code is needed, or whose signature is then required on the registration form. Special requirements must be met in the following instances:

**Affiliated Area College Courses**—Arts, Sciences and Engineering students can take a course at one of the area colleges in order to complement their programs of study. Students can get course information and registration forms at the College Center for Advising Services. Grades received in approved courses are noted on the transcript, but are not used in computing the grade point average. Transfer credit is granted for courses passed with a grade of "C" or better.

**Applied Music Courses at the Eastman School of Music**—Students who want to take music lessons at Eastman should talk to the music advisor on River Campus. Application forms for applied music courses are available from the music office in Dewey Hall.

**Audited Courses**—If a student plans to participate in class sessions and work without earning a grade for a course, and without earning credit toward a degree, the course can be included in the class schedule at the time of registration as an audited course. There is no extra cost for matriculated full-time students, but permission of the instructor is necessary. The audited course does not appear on the transcript.

**Graduate Courses**—Qualified undergraduates may, with the written permission of the instructor and the approval of their dean on a drop/add form, register for graduate-level courses. (Graduate courses in the Simon School are normally not available to undergraduates.)

**Honors Seminars**—Special application is required in some cases. Courses and restrictions are listed in the schedule of courses.

**Independent Study Courses**—Formal arrangements must be made with appropriate faculty members for these special reading or research courses. An online Independent Studies Form is submitted to the College Center for Advising Services at the beginning of the semester. Students are eligible to apply for one four-credit-hour independent study course each semester. Independent study courses required specifically for a major are listed under departmental offerings. Supervised teaching and internships provide other kinds of independent study.

**Internships**—In the College, these off-campus learning experiences require that arrangements for academic credit be made by the end of the third week of the semester. A maximum of eight hours of credit for Rochester-area internships can count toward the degree. Students who obtain approval from the Internship Committee for work outside the Rochester area can receive as much as a full semester's credit toward their degree. Admission to some programs is highly selective. Questions should be addressed to the College Center for Advising Services in 312 Lattimore Hall. Students interested in participating in internships through the Washington Center in Washington D.C. should contact the Rochester Center for Community Leadership (RCCL) in 107 Lattimore Hall.

The Hajim School of Engineering and Applied Sciences cooperates with private industry to provide several internships to selected undergraduates. Interns are paid for their work experience and thus do not receive academic credit. However, written evaluations of the work experience, both by the student and the employer, in some cases, do become part of the intern's academic record. Students receive information concerning these opportunities as they become available.

**Study Abroad**—Information about the various programs sponsored by the University of Rochester and about other opportunities for study abroad is available in the Center for Education Abroad in Dewey Hall.

**Summer School Courses**—Day and evening courses in a variety of fields are offered in several sessions each summer at the University. Grades earned in these courses are calculated into the cumulative grade point average, and credit toward the degree is awarded for courses in which passing grades are earned. Information about the College's summer sessions is available from the Office of Summer and Part-Time Studies in 120 Lattimore Hall. Students also may take advantage of special opportunities to study abroad on one of Rochester's programs. Credit for summer study at other institutions may require approval from the department offering comparable work at the University of Rochester. Approved summer work at other institutions completed with a grade of "C" or better is recorded in terms of course credit, but the grades are not used in computing the students' cumulative average. Further information and approval

forms are available at the <u>College Center for Advising Services</u>.

## Double Majors

Students enrolled in the College may choose to pursue two majors leading to the bachelor of arts degree. In most instances students may do so by fulfilling concurrently the requirements determined by each of the two departments, which would include the upper-level writing requirements for each major, and by receiving written permission from the respective major advisors to pursue a double major in the other area.

Questions concerning double majors, including course overlap policies, can be addressed to the <u>College Center for Advising Services</u> and the appropriate major advisors.

## Double Degrees

Students who plan a program leading to more than one baccalaureate degree, such as the bachelor of arts and a bachelor of science, are required to meet all requirements for each degree plus an additional eight credits and to receive approval for pursuit of these degrees from the Administrative Committee of the College. Students who wish to complete work in two areas as part of a single degree need only obtain approval for each major and for the double major.

Students interested in pursuing a bachelor of music degree offered by the Eastman School of Music while also pursuing a bachelor of arts or bachelor of science degree offered by the College need to be accepted separately through each office of admissions.

## Minors

Students may choose to minor in one or more of the several dozen areas available to them. Students are eligible to declare a minor after they have been accepted into a major and before the end of the first semester of their senior year.  Course overlap policies apply.

## Abbreviations

| | |
|---|---|
| AAS | African and African-American Studies |
| ACC | Accounting |
| AH | Art History |
| AME | Audio and Music Engineering |
| AMS | American Studies |
| ANT | Anthropology |
| ARA | Arabic |
| ASL | American Sign Language |
| AST | Astronomy |
| ATH | Archeology, Technology, and Historical Structures |
| BCD | Biological Sciences: Cell and Developmental Biology |
| BCH | Biological Sciences: Biochemistry |
| BCS | Brain and Cognitive Sciences |
| BEB | Biological Sciences: Ecology and Evolutionary Biology |
| BET | Bioethics |
| BIO | Biology |
| BMB | Biological Sciences: Microbiology |
| BME | Biomedical Engineering |
| BMG | Biological Sciences: Molecular Genetics |
| BSB | Business |
| CAS | Arts and Sciences, the College |
| CGR | Classic Greek |
| CHE | Chemical Engineering |
| CHI | Chinese |
| CHM | Chemistry |
| CIS | Computers and Information Systems |
| CLA | Classical Studies |
| CLT | Comparative Literature |

| | | | | |
|---|---|---|---|---|
| CSC | Computer Science | | HEB | Hebrew |
| CSP | Clinical and Social Sciences in Psychology | | HIS | History |
| CVS | Center for Visual Science | | HLP | Health Policy |
| DAN | Dance | | HLS | Health and Society |
| DH | Digital Humanities | | IPA | Interdepartmental, Arts and Sciences |
| DMS | Digital Media Studies | | IR | International Relations |
| DSC | Data Science and Computation | | IT | Italian |
| EAS | Engineering and Applied Sciences | | JPN | Japanese |
| ECE | Electrical and Computer Engineering | | JST | Judaic Studies |
| ECO | Economics | | KOR | Korean |
| EBS | Economics and Business Strategies | | LAT | Latin |
| ED | Education | | LAW | Business Law |
| EDU | Education | | LIN | Linguistics |
| EE | Electrical Engineering | | LTS | Literary Translation Studies |
| EES | Earth and Environmental Sciences | | MBI | Microbiology & Immunology |
| EHU | Environmental Humanities | | ME | Mechanical Engineering |
| ENG | English | | MKT | Marketing |
| EPD | Epidemiology | | MSC | Materials Science |
| FEC | Financial Economics | | MTH | Mathematics |
| FIN | Finance | | MUR | Music |
| FR | French | | NAV | Naval Science |
| FMS | Film and Media Studies | | NSC | Neuroscience |
| GBA | General Business Administration | | NUR | Nursing |
| GER | German | | OMG | Operations Management |
| GSW | Gender, Sexuality, and Women's Studies | | OPE | Optical Engineering |
| HBS | Health, Behavior, and Society | | OPT | Optics |

| PAS | Physics and Astronomy |
|-----|-----------------------|
| PEC | W. Allen Wallis Institute of Political Economy |
| PH  | Public Health |
| PHL | Philosophy |
| PHY | Physics |
| POL | Polish |
| POR | Portuguese |
| PPC | Photographic Preservation and Collections Management |
| PSC | Political Science |
| PSY | Psychology |
| REL | Religion and Classics |
| RUS | Russian |
| RST | Russian Studies |
| SA  | Studio Arts |
| SAB | Study Abroad |
| SKT | Sanskrit |
| SOC | Sociology |
| SP  | Spanish |
| STT | Statistics |
| TCS | TEAM Computer Science |
| TEB | TEAM Biomedical Engineering |
| TEC | TEAM Chemical Engineering |
| TEE | TEAM Electrical Engineering |
| TEM | Technical Entrepreneurship Management |
| TEO | TEAM Optics |

| TME | TEAM Mechanical Engineering |
|-----|-----------------------------|
| WRT | Writing Program |
| YDH | Yiddish |

Printable version: Abbreviations [PDF]