UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL CARSTAIRS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- vs -<br><br>UNIVERSITY OF ROCHESTER,<br><br>Defendant. | **RULE 7.1 DISCLOSURE STATEMENT**<br><br>Civil Action No.:<br>20-cv-06690-CJS |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant University of Rochester, by and through its undersigned counsel, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: December 4, 2020
Rochester, New York

**NIXON PEABODY LLP**

By: /s/ Richard McGuirk
Richard A. McGuirk
Daniel Deane *(Notice of Appearance to be filed)*
Kacey Houston Walker *(Notice of Appearance to be filed)*
Steven M. Richard *(Pro Hac Vice to be filed)*

1300 Clinton Square
Rochester, New York 14604
Tel.: (585) 263-1644
rmcguirk@nixonpeabody.com
*Attorneys for Defendant University of Rochester*

4816-0406-9843.1