UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANIEL CARSTAIRS,

                         Plaintiff,         ORDER

-vs-

                                            6:20-CV-6690 CJS

UNIVERSITY of ROCHESTER,

                         Defendant.

      The following motions are now pending before the Court: 1) a motion for admission *pro hac vice* by James A. Francis (ECF No. 17); 2) a motion for admission *pro hac vice* by John Soumilas (ECF No. 18); 3) a motion for admission *pro hac vice* by Steven Richard (ECF No. 25); and 4) a motion for leave to file supplemental authority in support of Plaintiff's opposition to Defendant's motion to dismiss (ECF No. 27).  Upon due consideration, and upon the Court having further determined that all required fees have been paid in connection with the motions for admission *pro hac vice*, it is hereby

      ORDERED, that the applications (ECF Nos. 17, 18, 25, 27) are granted.

      SO ORDERED.

Dated: Rochester, New York
       June 24, 2021

                                            ENTER:

                                            /s/ Charles J. Siragusa
                                            CHARLES J. SIRAGUSA
                                            United States District Judge