

August 30, 2024

<u>Via CM/ECF</u>

James A. Francis, Esq.
1600 Market Street
Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
F: 215-940-8000
jfrancis@consumerlawfirm.com

The Hon. Mark W. Pedersen
United States District Court (W.D.N.Y.)
United States Courthouse
100 State Street
Rochester, NY 14614

Re:   *Carstairs v. University of Rochester*, Civil Action No. 20-cv-06690-CJS
      <u>Notice of Settlement and Request for Stay of Deadlines</u>

Dear Judge Pedersen,

This firm represents Plaintiff Daniel Carstairs in the above-referenced matter. I write, with the consent of defendant University of Rochester, to apprise the Court of the parties' settlement in principle and to request a stay of all outstanding case management deadlines. *See* ECF 53.

With the assistance of their selected mediator, the Hon. Diane Welsh (Ret.) of JAMS, the parties reached an agreement in principle to settle this matter on a class-wide basis and so resolve all claims at issue herein.

In light of their agreement, the parties request a stay of all case management deadlines while they memorialize their settlement. The parties are working towards finalizing the details of the settlement and Plaintiff anticipates that he will be able to move for an order directing notice to members of the settlement class shortly. If the motion has not been filed by October 31, 2024, the parties will file a joint status report.

A "so ordered" line is below for the Court's convenience. Thank you for your consideration.

Respectfully submitted,

James A. Francis

Cc:   Counsel of record, *via* CM/ECF

**SO ORDERED:**

_____
**Hon. Mark W. Pedersen**