UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Carstairs, Daniel, on behalf of himself and all others situated,

                Plaintiff(s),

v.

University of Rochester

                Defendant(s).

***MEDIATION CERTIFICATION***

6:20 - cv - 06690

---

I hereby certify that:

☐ The mediation session scheduled for *March 21, 2024* has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☒ Mediation session was held on *March 21, 2024*

    ☒ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.***

Date: 9/6/24

Mediator: /S/ Diane SN. Wiley

***Additional Comments:***