

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604-1792

**Richard A. McGuirk**
Partner

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 585.263.1644
F / 844.408.5278
rmcguirk@nixonpeabody.com

May 23, 2025

**VIA CM/ECF**

The Hon. Mark W. Pedersen
United States District Court for the Western District of New York
United States Courthouse
100 State Street
Rochester, NY 14614

  RE: *Carstairs et al. v. University of Rochester*
     Civil Action No.: 20-cv-06690-CJS

Dear Judge Pedersen,

  We represent Defendant the University of Rochester ("Rochester") in the above-referenced case. I write, with the consent of Plaintiff's counsel, to update the Court regarding the parties' progress towards memorializing the settlement of this matter in accordance with the Court's recent order (Dkt. #83).

  As the parties reported in my May 16, 2025 status update, we have agreed on the form of the settlement agreement and the exhibits thereto. While we reported that Rochester would be able to execute the agreement this week, we did not take into account Rochester's governance procedures requiring the review by appropriate administrators as part of the signatory process. As a result, we now expect the President of Rochester to execute the agreement early next week and to be able to file the motion for preliminary approval by next Friday, May 30, 2025. I apologize for this oversight and the slight filing delay that it has caused.

  Thank you for the Court's consideration. A "so ordered" line is below for the Court's convenience.

Respectfully submitted,

*/s/ Richard A. McGuirk*

Richard A. McGuirk

Date: May 27, 2025

Cc: All counsel of record (*via CM/ECF*)

**SO ORDERED:**

*[signature]*

**Hon. Mark W. Pedersen**

4933-0668-0646